# IN THE UNITED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| TONY CHANNELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    CASE NO. 2:09-CV-794-WHA |
| | * |
| NUTRITION DISTRIBUTION, | * |
| LLC; DESIGNER SUPPLEMENTS, | * |
| INC.; DPS NUTRITION, INC., et al. | * |
| | * |
| Defendants. | * |

## JOINDER OF DESIGNER SUPPLEMENTS, INC. IN NOTICE OF REMOVAL

COMES NOW the Defendant, Designer Supplements, Inc., by and through counsel, and joins in the Notice of Removal filed by Nutrition Distribution, LLC, on September 25, 2008.  The Defendant agrees with the position set forth by Nutrition Distribution, LLC, and asserts that this matter is due to be removed to this Honorable Court in accordance with the grounds set forth in the Notice of Removal and supporting documents filed by Nutrition Distribution, LLC.

Respectfully submitted this 26th day of September, 2008.


 /s/ S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendant Designer Supplements, Inc.

OF  COUNSEL:
*Nix, Holtsford, Gilliland, Higgins,  & Hitson, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone: (334) 215-8585
Facsimile (334) 215-7101

## CERTIFICATE OF SERVICE

I hereby certify that on the September 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

Kathy R. Davis, Esq.
Justin B. Lamb, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216

Andrew C. Clausen, Esq.
Alford, Clausen & McDonald
One St. Louis Centre
Suite 5000
Mobile, AL  36602

 /s/ S. Anthony Higgins
OF COUNSEL