IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY CHANNEL, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:08-CV-794-A
)
NUTRITION DISTRIBUTION, et al. )
)
    Defendant. )
)
)

**VOLUNTARY JOINDER IN NOTICE OF REMOVAL**

Defendant DPS Nutrition, Inc. hereby voluntarily joins in and consents to the Notice of removal filed by Designer Supplements, Inc.

/s/ Kathy R. Davis
Kathy R. Davis, Esq. (ASB-6173-A26K)
One of the Attorneys for Defendant
DPS Nutrition, Inc.

**OF COUNSEL:**

CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 822-2006
(205) 822-2057 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2008, an exact copy of the foregoing instrument has been served on:

W. Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

S. Anthony Higgins, Esq.
Attorney for Designer Supplements, Inc.
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
P. O. Box 4128
Montgomery, Alabama 36103

Andy Clausen, Esq.
Attorney for Nutrition Distribution, LLC
One St. Louis Center, Suite 5000
Mobile, Alabama 36602

/s/ Kathy R. Davis
OF COUNSEL