

ELECTRONICALLY FILED
3/4/2008 1:32 PM
CV-2007-900047.00
CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA
ROGER POWELL, CLERK

## IN THE CIRCUIT COURT OF COVINGTON COUNTY
## STATE OF ALABAMA

TONY CHANNELL,                                  *
                                                *
     **Plaintiff,**                        *
                                                *
v.                                              *        **Case No.: CV-2007-900047**
                                                *
NUTRITION DISTRIBUTION,                         *
LLC, et al.,                                    *
                                                *
     **Defendants.**                       *

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Matthew E. Munson, one of the attorneys of record for Plaintiff, Tony Channell, and requests that he be permitted to withdraw as counsel in the foregoing matter. Mr. Munson states the following as grounds:

    1.    Mr. Munson has recently joined another law firm and is no longer employed by Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C.

    2.    Plaintiff, Tony Channell, will continue to be represented by Roger Smith of Beasley Allen, and, thus, will not be prejudiced by Mr. Munson's withdrawal from this matter.

Dated: March 4, 2008

                            /s/ Matthew E. Munson
                            MATTHEW E. MUNSON (MUN015)
                            Counsel for Plaintiff

OF COUNSEL:

FRANK M. WILSON, P.C.
Post Office Box 2389
Montgomery, Alabama 36102-2389
(334) 263-2560
(334) 264-2658 Facsimile
matt@frankmwilsonpc.com

**EXHIBIT A.7**