

ELECTRONICALLY FILED
4/3/2008 4:44 PM
CV-2007-900047.00
CIRCUIT COURT OF
COVINGTON COUNTY, ALABAMA
ROGER POWELL, CLERK

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| TONY CHANNELL, * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | CASE NO.: CV-2007-900047 |
| * | |
| NUTRITION DISTRIBUTION, LLC, * | |
| d/b/a ANABOLIC EXTREME, * | |
| DESIGNER SUPPLEMENTS, INC., * | |
| et al., * | |
| * | |
| Defendants. * | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO STG INVESTORS, LLC, D/B/A SUPPLEMENTSTOGO.COM**

Plaintiff, Tony Channell, hereby moves the Court to enter an Order dismissing STG Investors, LLC, d/b/a Supplementstogo.com (hereinafter "STG Investors"), without prejudice, pursuant to an agreement between the parties wherein Tony Channell may later amend his Complaint if it is discovered that STG Investors should be included in this action. STG Investors agrees that it will not raise the statute of limitations, laches, or any other defense founded upon legal or equitable principles that the case is, or should be, time barred. The parties further agree to bear their own costs and expenses.

DATED: April 3, 2008

/s/ W. Roger Smith, III
W. Roger Smith, III (SMI257)
Matthew E. Munson (MUN015)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama 36104
Telephone:  (334) 269-2343

David F. Miceli (MIC006)
**David F. Miceli, LLC**

# EXHIBIT A. 11

                                                    119 Maple Street, Suite 201
                                                    Carrollton, Georgia 30117
                                                    Telephone:   (770) 834-2122

                                                    COUNSEL FOR PLAINTIFF

AND                                            /s/ Michelle C. Lombino
                                                    Michelle C. Lombino
                                                    **JABURG & WILK, P.C.**
                                                    3200 N. Central Avenue, Suite 2000
                                                    Phoenix, Arizona 85012

                                                    COUNSEL FOR DEFENDANT,
                                                    STG INVESTORS, LLC, D/B/A
                                                    SUPPLEMENTSTOGO.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2008, foregoing document was served on all counsel of record by placing the same in First-Class Mail, postage prepaid, and as addressed as follows:

Andrew C. Clausen
Alford, Clausen, & McDonald, L.L.C.
One Saint Louis Street, Suite 5000
Mobile, Alabama 36602-3929

S. Anthony Higgins
Nix, Holtsford, Gilliland, Higgins, & Hitson, PC
Post Office Box 4128
Montgomery, Alabama 36103-4128

Kathy R. Davis
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216

                                                              /s/ W. Roger Smith, III
                                                              OF COUNSEL