

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| TONY CHANNELL, | * |
| Plaintiff, | * |
| v. | *  CASE NO.: CV-2007-900047 |
| NUTRITION DISTRIBUTION, LLC, d/b/a ANABOLIC EXTREME, DESIGNER SUPPLEMENTS, INC., et al., | * |
| Defendants. | * |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO STG INVESTORS, LLC, D/B/A SUPPLEMENTSTOGO.COM

Plaintiff, Tony Channell, hereby moves the Court to enter an Order dismissing STG Investors, LLC, d/b/a Supplementstogo.com (hereinafter "STG Investors"), without prejudice, pursuant to an agreement between the parties wherein Tony Channell may later amend his Complaint if it is discovered that STG Investors should be included in this action. STG Investors agrees that it will not raise the statute of limitations, laches, or any other defense founded upon legal or equitable principles that the case is, or should be, time barred. The parties further agree to bear their own costs and expenses.

DATED: April 3, 2008

APR 3 0 2008

**GRANTED**
April 29, 2008
CIRCUIT JUDGE

/s/ W. Roger Smith, III
W. Roger Smith, III (SMI257)
Matthew E. Munson (MUN015)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, Alabama 36104
Telephone:    (334) 269-2343

David F. Miceli (MIC006)
David F. Miceli, LLC

**EXHIBIT A. 12**