# Alford, Clausen & McDonald, LLC

Lawyers

One St. Louis Centre, Suite 5000   Mobile, Alabama 36602   www.AlfordClausen.com   251.432.1600

January 3, 2008

W. Roger Smith, III, Esq.
Beasley, Allen, Crow,
  Methvin, Portis & Miles, P.C.
234 Commerce Street
Montgomery, Alabama

Re:   Tony Channell v. Nutrition Distribution, LLC, et al.

Dear Roger:

I have been retained to represent Nutrition Distribution, LLC in the above matter. I have recommended and my client has agreed to waive service of process. I will file an appearance and responsive pleadings within the next few days, and ask that you take no action adverse to the interests of my client in the meantime.

I attempted to call you this afternoon and left a message. If you need to discuss anything with me, please do not hesitate to call me.

Yours very truly,

*Andy*

Andrew C. Clausen

ACC:jp
745-6000

**EXHIBIT D**

Sender's direct dial: 251.415.9224 • E-Mail: acc@AlfordClausen.com • Fax: 251.432.1700

James H. McDonald Jr. • Helen J. Alford[1,2,3] • Andrew C. Clausen[1,3,4,5] • William R. Lancaster[1,2,3] • Charles J. Potts[1] • James W. Lampkin II[1,5,6]
W. Benjamin Broadwater[5] • Paul V. Lagarde[1,4] • L. Hunter Compton Jr.[1] • Pamela A. Moore[1,5,6,7] • J. Richard Moore[3,8]
Christopher B. Estes[1] • Juan C. Ortega[1] • Susan L. Potts • Gabrielle R. Pringle • J. Bart McNiel[5] • Katherine M. McGinley[6]
Christina May Bolin[1,9] • Patrick K. Pendleton[1] • Benjamin C. Heinz[1] • H. James Koch[1]
E. Larkin Hatchett[1] • D. Brian Murphy[1] • William C. Grayson[1] • Marcus T. Foxx • Jason B. Nimmer[3]

Also admitted in: [1]Mississippi, [2]Texas, [3]Tennessee, [4]Louisiana, [5]Florida, [6]Georgia, [7]South Carolina, [8]Indiana, [9]New York