IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| TONY CHANNELL, | * |
| Plaintiff, | * |
| vs. | *   NO. CV-07-900047 |
| NUTRITION DISTRIBUTION, LLC, et al., | * |
| Defendants. | * |

### DEFENDANT NUTRITION DISTRIBUTION, LLC'S
### FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

COMES NOW defendant Nutrition Distribution, LLC, by and through its undersigned counsel, and hereby requests that plaintiff, Tony Channell, answer the following First Requests for Admission in writing, and to serve the originals of her answers upon undersigned counsel within thirty (30) days from the date of service of this discovery request.

1.  Admit that you are not seeking to recover from defendants an amount greater than $74,000 on any and all claims, in the aggregate, as alleged in your complaint, including interest and the costs of this lawsuit.

**RESPONSE:**


2.  Admit that you will not accept, notwithstanding any judgment rendered by a jury or by the Court, an amount any greater than $75,000 on any and all claims, in the aggregate, as alleged in your complaint, including interest and the costs of this lawsuit.

**RESPONSE:**


# EXHIBIT E

3. Admit that if there is a judgment in your favor by a jury or by the Court in an amount greater than $75,000 on any or all claims alleged in your complaint, including interest and the costs of this lawsuit, you will agree to remit the amount of such judgment so that the final judgment is no greater than $75,000, regardless of the amount of the judgment entered by the jury or Court.

**RESPONSE:**


4. Admit that your total damages do not exceed $75,000.

**RESPONSE:**


5. Admit that the amount in controversy will not exceed $75,000.

**RESPONSE:**


6. Admit that you waive, release, and remit your claim to any damages greater than $75,000.

**RESPONSE:**


7. Admit that you agree to be bound by such waiver, release, and remitter no matter which court has jurisdiction, and admit that you are to be precluded from demanding damages greater than $75,000.

**RESPONSE:**

8. Admit that you do not seek to recover a combined sum or value exceeding $75,000, exclusive of interest and costs, from this defendant and any other defendants which may be later added by you via an amended complaint(s) filed in this lawsuit.

**RESPONSE:**


9. Admit that you will not execute on or attempt to enforce any judgment or judgments rendered in your favor against this defendant or any other defendant in excess of $75,000, exclusive of interest and costs of this lawsuit.

**RESPONSE:**


10. Admit that you will not seek to amend your complaint to seek an amount exceeding $75,000, exclusive of interest and costs of this lawsuit, regardless of any evidence that is currently known or which may be discovered in the process of this litigation.

**RESPONSE:**


11. Admit that neither you nor your attorney will request that the trier of fact return a verdict in your favor and seek an award of damages, whether compensatory or punitive, that exceeds $75,000, exclusive of interest and costs of this lawsuit, regardless of any evidence that is currently known or which may be discovered in the process of this litigation.

**RESPONSE:**

3

_____
ANDREW C. CLAUSEN #CLAUA4252
Attorney for Nutrition Distribution, LLC

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing First Requests for Admissions to Plaintiff on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

W. Roger Smith, III, Esq.
Matthew Edward Munson, Esq.
Beasley Allen Crow Methvin Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

Kathy R. Davis, Esq.
Carr Allison Pugh Howard Oliver & Sisson PC
100 Vestavia Parkway
Birmingham, AL 35216

S. Anthony Higgins, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, AL 36103

STG Investors, LLC
6628 Sky Pointe Drive, Suite 290
Las Vegas, NE 89131

4

Done this 29 day of January, 2008.

_____
COUNSEL

5