IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| TONY CHANNELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO.: CV-07-900047 |
| | * |
| NUTRITION DISTRIBUTION, LLC, et al., | * |
| | * |
| Defendants. | * |

### PLAINTIFF'S RESPONSES TO DEFENDANT NUTRITION DISTRIBUTION, LLC'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

Plaintiff Tony Channell responds to Defendant Nutrition Distribution, LLC's First Requests for Admissions as follows:

**REQUEST NO. 1:** Admit that you are not seeking to recover from defendants an amount greater than $74,000 on any and all claims, in the aggregate, as alleged in your complaint, including interest and the costs of this lawsuit.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 2:** Admit that you will not accept, notwithstanding any judgment rendered by a jury or by the Court, an amount any greater than $75,000 on any

1

# EXHIBIT F

and all claims, in the aggregate, as alleged in your complaint, including interest and the costs of this lawsuit.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 3:** Admit that if there is a judgment in your favor by a jury or by the Court in an amount greater than $75,000 on any or all claims alleged in your complaint, including interest and the costs of this lawsuit, you will agree to remit the amount of such judgment so that the final judgment is no greater than $75,000, regardless of the amount of the judgment entered by the jury or Court.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 4:** Admit that your total damages do not exceed $75,000.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 5:**     Admit that the amount in controversy will not exceed $75,000.

**RESPONSE:**     As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 6:**     Admit that you waive, release, and remit your claim to any damages greater than $75,000.

**RESPONSE:**     As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 7:**     Admit that you agree to be bound by such waiver, release, and remitter no matter which court has jurisdiction, and admit that you are to be precluded from demanding damages greater than $75,000.

**RESPONSE:**     As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 8:** Admit that you do not seek to recover a combined sum or value exceeding $75,000, exclusive of interest and costs, from this defendant and any other defendants which may be later added by you via an amended complaint(s) filed in this lawsuit.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 9:** Admit that you will not execute on or attempt to enforce any judgment or judgments rendered in your favor against this defendant or any other defendant in excess of $75,000, exclusive of interest and costs of this lawsuit.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 10:** Admit that you will not seek to amend your complaint to seek an amount exceeding $75,000, exclusive of interest and costs of this lawsuit, regardless of any evidence that is currently known or which may be discovered in the process of this litigation.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient

information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

**REQUEST NO. 11:** Admit that neither you nor your attorney will request that the trier of fact return a verdict in your favor and seek an award of damages, whether compensatory or punitive, that exceeds $75,000, exclusive of interest and costs of this lawsuit, regardless of any evidence that is currently known or which may be discovered in the process of this litigation.

**RESPONSE:** As discovery is ongoing at this point, a complete compilation of damages has not been made, and thus Plaintiff is without sufficient information, knowledge or belief as to what damages may be awarded in this matter, and can neither admit nor deny this request. Plaintiff will seek to enforce any judgment that a fair and impartial jury may award. Further, Plaintiff denies.

*W. Roger Smith, III* BYAMW
W. Roger Smith, III (SMI257)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
234 Commerce Street
Montgomery, Alabama 36104

David F. Miceli (MIC006)
DAVID F. MICELI, L.L.C.
119 Maple Street, Suite 201
Carrollton, Georgia 30117

Attorneys for Plaintiff

**OF COUNSEL:**

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.

5

Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone (334) 269-2343
Fax    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, the foregoing document was served on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid.

Andrew C. Clausen
Alford, Clausen & McDonald, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602

S. Anthony Higgins
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

Kathy R. Davis
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216

Anabolic Resources, LLC
c/o Richard Smith
2440 W. 12th Street, Ste. 3
Tempe, Arizona 85281

STG Investors, LLC
6628 Sky Pointe Drive, Ste. 290
Las Vegas, Nevada 89131

_____
OF COUNSEL