```
05/21/08                    Crenshaw Community Hospital                    PAGE  1
09:39 Wednesday             PATIENT ACCOUNT DETAIL 042174   CHANNELL TONY   H5ARDET


                           CRENSHAW COMMUNITY HOSPITAL
                           101 HOSPITAL CIRCLE
                           LUVERNE          AL 36049-7329
                           PHONE: 334-335-3374 TAX ID#: 020606516


  PATIENT----------------------------      BILLING INFORMATION-----------
   1 NUM/NAME-: 042174   CHANNELL TONY       16 CREDIT----:           HOSP DRG..:
   2 SEX------: M                            17 BILL------:           FINAL DRG.:
   3 BIRTH----: 04/21/1966                   18 CYCLE-----: 4
   4 DOCTOR---: 000015 SENECAL JE            19 STAY TYPE-: 2  O/P
   5 MARITAL--: D                            20 SERVICE---: L
   6 SOC.SEC.-: 420112391                    21 INSURANCE-: P  PRIVATE PAY


  GUARANTOR----------------------------     ADMISSION--------------------
  10 NAME-----: CHANNELL TONY                22 DATE------: 12/15/05
  11 ADDRESS-1: 712 CHARLIE ST               23 CODE------: N
  12 ADDRESS-2:
  13 CITY/ST--: OPP           AL             DISCHARGE---------------------
  14 ZIP------: 36467                        25 DATE------: 12/15/05   DAY STAY
  15 PHONE----: 3342083215                   26 CODE------: H  01/HOME
```

| A/R DATE | SERV DATE | TYPE | TRAN CODE | CHG/REC NUMBER | QTY | DESCRIPTION | CHARGE | CREDIT | MED NECESSARY CPT |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/05 | | PAY | CA | 64634 | | PAYMENT-CASH | | 25.00 | |
| 12/15/05 | | CHG | 55 | 7170101 | 1.00 | COMPREHENSIVE METABOLIC PANEL | 198.50 | | 80053 |
| 12/15/05 | | CHG | 55 | 7170053 | 1.00 | BITIRUBIN DIRECT | 35.25 | | 82248 |
| 12/15/05 | | CHG | 55 | 7170179 | 1.00 | HBS AG | 37.25 | | 87340 |
| 12/15/05 | | CHG | 55 | 7170195 | 1.00 | HEPATITIS C | 71.50 | | 86803 |
| 12/15/05 | | CHG | 55 | 7170187 | 1.00 | HEP B CORE ANTB, IGM | 53.50 | | 86705 |
| 12/15/05 | | CHG | 55 | 7170193 | 1.00 | HEPATITIS A ANTB IGM | 82.00 | | 86709 |
| 12/15/05 | | CHG | 55 | 7170078 | 1.00 | CBC | 75.00 | | 85025 |
| 03/30/06 | | PAY | CK | 68085 | | PAYMENT-CHECK | | 25.00 | |
| 04/27/06 | | PAY | CK | 69034 | | PAYMENT-CHECK | | 25.00 | |
| 05/25/06 | | PAY | CK | 69916 | | PAYMENT-CHECK | | 10.00 | |
| 07/03/06 | | PAY | CK | 71053 | | PAYMENT-CHECK | | 10.00 | |
| 08/25/06 | | PAY | CK | 72843 | | PAYMENT-CHECK | | 10.00 | |
| 09/25/06 | | PAY | CK | 73822 | | PAYMENT-CHECK | | 10.00 | |
| 10/23/06 | | PAY | CK | 74744 | | PAYMENT-CHECK | | 5.00 | |
| 11/14/06 | | PAY | CK | 75660 | | PAYMENT-CHECK | | 10.00 | |
| 12/07/06 | | PAY | CK | 76420 | | PAYMENT-CHECK | | 10.00 | |
| 01/12/07 | | PAY | CK | 77743 | | PAYMENT-CHECK | | 10.00 | |
| 02/09/07 | | PAY | CK | 78956 | | PAYMENT-CHECK | | 10.00 | |
| 03/01/07 | | PAY | CK | 79841 | | PAYMENT-CHECK | | 10.00 | |
| 06/07/07 | | PAY | CK | 83633 | | PAYMENT-CHECK | | 10.00 | |
| 07/26/07 | | PAY | CK | 85139 | | PAYMENT-CHECK | | 10.00 | |
| 08/24/07 | | PAY | CK | 86072 | | PAYMENT-CHECK | | 363.00 | |

```
                    AR BALANCE.........................................0.00
```

# EXHIBIT I

CH3000442

```
05/21/08              Crenshaw Community Hospital                    PAGE  2
09:39 Wednesday       PATIENT ACCOUNT DETAIL 042174   CHANNELL TONY  H5ARDET


                      CRENSHAW COMMUNITY HOSPITAL
                      101 HOSPITAL CIRCLE
                      LUVERNE          AL 36049-7329
                      PHONE: 334-335-3374 TAX ID#: 020606516
```

***************** CHARGE SUMMARY *****************

| SUMMARY CODE | DESCRIPTION | AMOUNT | DAYS | DAYS MED-NECESSARY | UNITS |
|---|---|---|---|---|---|
| 55 | LABORATORY | 553.00 | | | 7.00 |

```
              TOTAL CHARGES...........553.00
              TOTAL ADJUSTMENTS..........0.00
              LESS PAYMENTS...........553.00
              AR BALANCE................0.00
```

CH3000443

```
05/21/08                Crenshaw Community Hospital                        PAGE  1
09:39 Wednesday         PATIENT ACCOUNT DETAIL 042362   CHANNELL TONY      H5ARDET


                       CRENSHAW COMMUNITY HOSPITAL
                       101 HOSPITAL CIRCLE
                       LUVERNE         AL 36049-7329
                       PHONE: 334-335-3374 TAX ID#: 020606516


PATIENT---------------------------     BILLING INFORMATION-----------
 1 NUM/NAME-: 042362  CHANNELL TONY     16 CREDIT----:
 2 SEX------: M                         17 BILL------:              HOSP DRG..:
 3 BIRTH----: 04/12/1966                18 CYCLE-----: 1            FINAL DRG.:
 4 DOCTOR---: 000015 SENECAL JE         19 STAY TYPE-: 2   O/P
 5 MARITAL--: D                         20 SERVICE---: L
 6 SOC.SEC.-: 420112391                 21 INSURANCE-: P   PRIVATE PAY


GUARANTOR-----------------------       ADMISSION--------------------
10 NAME-----: CHANNELL TONY             22 DATE------: 12/20/05
11 ADDRESS-1: 712 CHARLIE ST            23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP          AL          DISCHARGE--------------------
14 ZIP------: 36467                     25 DATE------: 12/20/05    DAY STAY
15 PHONE----: 3342083215                26 CODE------: H  01/HOME
```

| A/R DATE | SERV DATE | TYPE TRAN | CODE | CHG/REC NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | MED NECESSARY CPT |
|----------|-----------|-----------|------|----------------|-----------------|--------|--------|-------------------|
| 12/21/05 | | PAY | CA | 64816 | PAYMENT-CASH | | 50.00 | |
| 12/21/05 | 12/20/05 | CHG | 55 | 7170192 | 1.00 HEPATIC FUNCTION PANEL | 138.00 | | 80076 |
| 04/07/06 | | PAY | CK | 68355 | PAYMENT-CHECK | | 88.00 | |

```
                       AR BALANCE.........................................0.00
```

CH3000444

05/21/08                    Crenshaw Community Hospital                              PAGE  2
09:39 Wednesday             PATIENT ACCOUNT DETAIL 042362    CHANNELL TONY           H5ARDET

                           CRENSHAW COMMUNITY HOSPITAL
                           101 HOSPITAL CIRCLE
                           LUVERNE            AL 36049-7329
                           PHONE: 334-335-3374 TAX ID#: 020606516

***************** CHARGE SUMMARY *****************
SUMMARY                                              DAYS MED-
  CODE  DESCRIPTION                  AMOUNT  DAYS  NECESSARY  UNITS

  55    LABORATORY                   138.00                    1.00
                      TOTAL CHARGES............138.00
                      TOTAL ADJUSTMENTS..........0.00
                      LESS PAYMENTS............138.00
                      AR BALANCE.................0.00

CH3000445

```
05/21/08                    Crenshaw Community Hospital                      PAGE  1
09:39 Wednesday             PATIENT ACCOUNT DETAIL 042363   CHANNELL TONY     H5ARDET


                           CRENSHAW COMMUNITY HOSPITAL
                           101 HOSPITAL CIRCLE
                           LUVERNE          AL 36049-7329
                           PHONE: 334-335-3374 TAX ID#: 020606516


PATIENT----------------------------        BILLING INFORMATION-----------
 1 NUM/NAME-: 042363   CHANNELL TONY        16 CREDIT----:              HOSP DRG..:
 2 SEX------: M                             17 BILL------:              FINAL DRG.:
 3 BIRTH----: 04/12/1966                    18 CYCLE-----: 2
 4 DOCTOR---: 000015 SENECAL JE             19 STAY TYPE-: 2   O/P
 5 MARITAL--: D                             20 SERVICE---: U
 6 SOC.SEC.-: 420112391                     21 INSURANCE-: P   PRIVATE PAY


GUARANTOR-------------------------         ADMISSION--------------------
10 NAME-----: CHANNELL TONY                 22 DATE------: 12/21/05
11 ADDRESS-1: 712 CHARLIE ST                23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP              AL           DISCHARGE--------------------
14 ZIP------: 36467                         25 DATE------: 12/21/05   DAY STAY
15 PHONE----: 3342083215                    26 CODE------: H   01/HOME
```

| A/R DATE | SERV DATE | TYPE TRAN | CHG CODE | CHG/REC NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | MED NECESSARY CPT |
|---|---|---|---|---|---|---|---|---|
| 12/21/05 | | CHG | 71 | 6470004 | 1.00 ULTRASOUND SINGLE ORGAN | 206.75 | | 76705 |
| 04/10/06 | | PAY | CK | 68408 | PAYMENT-CHECK | | 5.00 | |
| 05/10/06 | | PAY | CK | 69454 | PAYMENT-CHECK | | 5.00 | |
| 06/05/06 | | PAY | CK | 70206 | PAYMENT-CHECK | | 5.00 | |
| 07/05/06 | | PAY | CK | 71116 | PAYMENT-CHECK | | 5.00 | |
| 08/02/06 | | PAY | CK | 72047 | PAYMENT-CHECK | | 5.00 | |
| 08/30/06 | | PAY | CK | 72970 | PAYMENT-CHECK | | 5.00 | |
| 10/05/06 | | PAY | CK | 74160 | PAYMENT-CHECK | | 5.00 | |
| 11/03/06 | | PAY | CK | 75315 | PAYMENT-CHECK | | 5.00 | |
| 11/24/06 | | PAY | CK | 75992 | PAYMENT-CHECK | | 5.00 | |
| 12/21/06 | | PAY | CK | 76913 | PAYMENT-CHECK | | 5.00 | |
| 01/26/07 | | PAY | CK | 78349 | PAYMENT-CHECK | | 5.00 | |
| 02/14/07 | | PAY | CK | 79159 | PAYMENT-CHECK | | 5.00 | |
| 03/15/07 | | PAY | CK | 80393 | PAYMENT-CHECK | | 146.75 | |

```
                          AR BALANCE.........................................0.00
```

CH3000446

```
05/21/08                    Crenshaw Community Hospital                      PAGE  2
09:39 Wednesday             PATIENT ACCOUNT DETAIL 042363   CHANNELL TONY     H5ARDET


                           CRENSHAW COMMUNITY HOSPITAL
                           101 HOSPITAL CIRCLE
                           LUVERNE          AL 36049-7329
                           PHONE: 334-335-3374 TAX ID#: 020606516

***************** CHARGE SUMMARY *****************
SUMMARY                                            DAYS MED-
  CODE  DESCRIPTION                   AMOUNT  DAYS  NECESSARY   UNITS


  71    ULTRASOUND                    206.75                    1.00
                      TOTAL CHARGES............206.75
                      TOTAL ADJUSTMENTS..........0.00
                      LESS PAYMENTS............206.75
                      AR BALANCE.................0.00
```

CH3000447

```
05/21/08                 Crenshaw Community Hospital                    PAGE  1
09:40 Wednesday          PATIENT ACCOUNT DETAIL 042559   CHANNELL TONY   H5ARDET


                         CRENSHAW COMMUNITY HOSPITAL
                         101 HOSPITAL CIRCLE
                         LUVERNE        AL 36049-7329
                         PHONE: 334-335-3374 TAX ID#: 020606516


PATIENT----------------------------        BILLING INFORMATION-----------
 1 NUM/NAME-: 042559   CHANNELL TONY          16 CREDIT----:              HOSP DRG..:
 2 SEX------: M                               17 BILL------:              FINAL DRG.:
 3 BIRTH----: 04/12/1966                      18 CYCLE-----: 2
 4 DOCTOR---: 000015 SENECAL JE               19 STAY TYPE-: 2   O/P
 5 MARITAL--: D                               20 SERVICE---: L
 6 SOC.SEC.-: 420112391                       21 INSURANCE-: P   PRIVATE PAY


GUARANTOR--------------------------        ADMISSION---------------------
10 NAME-----: CHANNELL TONY                   22 DATE------: 12/28/05
11 ADDRESS-1: 712 CHARLIE ST                  23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP          AL               DISCHARGE---------------------
14 ZIP------: 36467                           25 DATE------: 12/28/05    DAY STAY
15 PHONE----: 3342083215                      26 CODE------: H  01/HOME
```

| A/R DATE | SERV DATE | TYPE TRAN | CODE | CHG/REC NUMBER | QTY | DESCRIPTION | CHARGE | CREDIT | MED NECESSARY CPT |
|----------|-----------|-----------|------|----------------|-----|-------------|--------|--------|-------------------|
| 12/29/05 | | PAY | CA | 65048 | | PAYMENT-CASH | | 25.00 | |
| 12/28/05 | | CHG | 55 | 7170049 | 1.00 | BASIC METABOLIC | 101.25 | | 80048 |
| 12/28/05 | | CHG | 55 | 7170192 | 1.00 | HEPATIC FUNCTION PANEL | 138.00 | | 80076 |
| 04/10/06 | | PAY | CK | 68407 | | PAYMENT-CHECK | | 5.00 | |
| 05/10/06 | | PAY | CK | 69455 | | PAYMENT-CHECK | | 5.00 | |
| 06/05/06 | | PAY | CK | 70207 | | PAYMENT-CHECK | | 5.00 | |
| 07/05/06 | | PAY | CK | 71115 | | PAYMENT-CHECK | | 5.00 | |
| 08/02/06 | | PAY | CK | 72048 | | PAYMENT-CHECK | | 5.00 | |
| 08/30/06 | | PAY | CK | 72969 | | PAYMENT-CHECK | | 5.00 | |
| 10/05/06 | | PAY | CK | 74159 | | PAYMENT-CHECK | | 5.00 | |
| 11/03/06 | | PAY | CK | 75314 | | PAYMENT-CHECK | | 5.00 | |
| 11/24/06 | | PAY | CK | 75991 | | PAYMENT-CHECK | | 5.00 | |
| 12/21/06 | | PAY | CK | 76912 | | PAYMENT-CHECK | | 5.00 | |
| 01/26/07 | | PAY | CK | 78350 | | PAYMENT-CHECK | | 5.00 | |
| 02/14/07 | | PAY | CK | 79158 | | PAYMENT-CHECK | | 5.00 | |
| 03/15/07 | | PAY | CK | 80392 | | PAYMENT-CHECK | | 154.25 | |

```
                    AR BALANCE.........................................0.00
```

CH3000448

```
05/21/08                    Crenshaw Community Hospital                      PAGE  2
09:40 Wednesday             PATIENT ACCOUNT DETAIL 042559   CHANNELL TONY     H5ARDET


                           CRENSHAW COMMUNITY HOSPITAL
                           101 HOSPITAL CIRCLE
                           LUVERNE          AL 36049-7329
                           PHONE: 334-335-3374 TAX ID#: 020606516

***************** CHARGE SUMMARY *****************
SUMMARY                                          DAYS MED-
  CODE  DESCRIPTION                  AMOUNT DAYS  NECESSARY  UNITS

  55    LABORATORY                   239.25                  2.00
                      TOTAL CHARGES...........239.25
                      TOTAL ADJUSTMENTS..........0.00
                      LESS PAYMENTS...........239.25
                      AR BALANCE................0.00
```

CH3000449

```
        UNIVERSITY OF ALABAMA AT BIRMINGHAM           PAGE     1
        UNIVERSITY OF ALABAMA HOSPITAL CLINICS      08/16/07 11:35
        PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:    064226095-6004
                                        BILLING PERIOD: 01/05/06 08/16/07
                BILL TO
    TONY CHANNELL
    712 CHARLIE STREET
    OPP              AL 36467-0000
    UNITED STATES
```

```
SRV DATE REF NBR                    DESCRIPTION
01/05/06 03001036 Q-ALPHA-1 ANTITRYPSIN PHENO                    118.00
01/05/06 07660253 IGG SERUM                                       37.00
01/05/06 07660279 HEPATITIS A TOTAL                               34.60
01/05/06 07660282 HEPATITIS B SURF ANTIGEN                        55.80
01/05/06 07660283 HEPATITIS B SURF ANTIBOD                        54.60
01/05/06 07660289 HEPATITIS C ANTIBODY                            63.60
01/05/06 07660322 ANA, SCREEN                                     47.80
01/05/06 07801925 VENIPUNCTURE                                    11.00
01/05/06 07835115 CPK SERUM                                       26.00
01/05/06 07835137 HEMOGLOBIN A1C - TKC                            35.00
01/05/06 07835245 AUTO CBC WITH PLT CNT                           23.20
01/05/06 07835301 LIPID PANEL                                     38.40
01/05/06 07839506 HEPATIC FUNCTION PANEL                          57.20
01/05/06 07839511 BASIC METABOLIC PANEL                           77.60
01/05/06 13520157 ALPHA-FETOPROTEIN;SERUM                         59.60
01/05/06 13520320 FERRITIN              82728                      41.20
01/05/06 13520400 TSH SERUM.                                      34.20
01/05/06 13520505 IRON SERUM            83540                      22.60
01/05/06 13520515 IRON BINDING CAPACITY 83550                      22.60
01/05/06 20736010 PROTHROMBIN TIME                                24.60
01/05/06 07660300 MITOCHONDRIAL ANTIBODY                          98.00
01/05/06 07660301 ANTI-SMOOTH MUSCLE AB                           98.00
01/24/06          PER BCOL-CLM IN PROCESS, 1/5/06 1080.60: CLM WAS
                  REC'D 1/11/06....EXPECTED PYMNT 302.56 SUBJCT TO
                  DED/COPA.....F/U 14 DYS/7300/RDB
```

CH3000501

```
          UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    2
          UNIVERSITY OF ALABAMA HOSPITAL CLINICS        08/16/07 11:35
             PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to secure payment of these charges to the medical provider.  Any insurance company who has received this statement in connection with any claim for reimbursement arising out of the treatment provided to the patient may contact the hospital for a copy of any lien that the hospital is asserting, and for instructions as to how payment should be remitted in order to satisfy these charges.  Any insurance company making a payment to the patient without positive validation from the hospital may be held liable for such payment to the hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:    064226095-6004

SRV DATE REF NBR                    DESCRIPTION

MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435

CH3000502

```
              UNIVERSITY OF ALABAMA AT BIRMINGHAM          PAGE    1
              UNIVERSITY OF ALABAMA HOSPITAL CLINICS       08/16/07 11:35
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY           ACCOUNT NBR:    064226095-6006
                                          BILLING PERIOD: 01/05/06 08/16/07

                 BILL TO
           TONY CHANNELL
           712 CHARLIE STREET
           OPP              AL 36467-0000
           UNITED STATES
```

```
SRV DATE REF NBR                 DESCRIPTION
01/05/06 04080013 RH TYPING                                 48.00
01/05/06 04080013 RH TYPING                                 48.00
01/05/06 04080014 ABO TYPING                                36.50
01/05/06 04080014 ABO TYPING                                36.50
01/05/06 04080030 ANTIBODY SCREENING                        74.00
01/05/06 07660090 HIV-I ANTIBODY                            52.80
01/05/06 07660279 HEPATITIS A TOTAL                         34.60
01/05/06 07660282 HEPATITIS B SURF ANTIGEN                  55.80
01/05/06 07660283 HEPATITIS B SURF ANTIBOD                  54.60
01/05/06 07660289 HEPATITIS C ANTIBODY                      63.60
01/05/06 07801925 VENIPUNCTURE                              11.00
01/05/06 07835125 GGT SERUM                                 25.20
01/05/06 07835196 URINALYSIS WITH MICROSCOPIC               28.00
01/05/06 07835245 AUTO CBC WITH PLT CNT                     23.20
01/05/06 07835246 BLOOD SMEAR;EXAM WITH MAN DIFF            20.60
01/05/06 07839506 HEPATIC FUNCTION PANEL                    57.20
01/05/06 07839511 BASIC METABOLIC PANEL                     77.60
01/05/06 13520086 ETHANOL QUANT                             57.00
01/05/06 14355006 OPIATES, URINE                            48.80
01/05/06 14355007 BARBITURATE, URINE                        48.80
01/05/06 14355008 BENZODIAZEPINE, URINE                     48.80
01/05/06 14355009 COCAINE METABOLITE, URINE                 48.80
01/05/06 14355012 CANNABINOID, URINE                        48.80
01/05/06 20736010 PROTHROMBIN TIME                          24.60
01/05/06 13520157 ALPHA-FETOPROTEIN;SERUM                   59.60
01/26/07          WORKING 3/15/06 DISCREPANCY REPORT: CLM PD POF-28%
                  OF BILLED CHRGS, PD CORRECTLY...........RDB.
```

CH3000503

UNIVERSITY OF ALABAMA AT BIRMINGHAM            PAGE    2
UNIVERSITY OF ALABAMA HOSPITAL CLINICS      08/16/07 11:35
PATIENT STATEMENT OF ACCOUNT - DETAIL

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

    PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:    064226095-6006

    SRV DATE REF NBR                        DESCRIPTION

MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435

CH3000504

UNIVERSITY OF ALABAMA AT BIRMINGHAM                    PAGE    1
UNIVERSITY OF ALABAMA HOSPITAL CLINICS           08/16/07 11:35
PATIENT STATEMENT OF ACCOUNT - DETAIL

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

PATIENT NAME: CHANNELL, TONY              ACCOUNT NBR:    064226095-6007
                                         BILLING PERIOD: 01/06/06 08/16/07

             BILL TO
         TONY CHANNELL
         712 CHARLIE STREET
         OPP              AL 36467-0000
         UNITED STATES

SRV DATE REF NBR                    DESCRIPTION
01/06/06 03193026 HOLD FLAG FOR AP                            0.00
01/06/06 02091720 GROSS AND MICRO LEVEL V                  205.80
01/06/06 02091740 GROUP II/OTHER STAIN                      53.00

MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435

CH3000505

```
        UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
        UNIVERSITY OF ALABAMA HOSPITAL CLINICS        08/16/07 11:35
           PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:   064226095-6010
                                         BILLING PERIOD: 01/11/06 08/16/07

                  BILL TO
            TONY CHANNELL
            712 CHARLIE STREET
            OPP            AL 36467-0000
            UNITED STATES
```

```
   SRV DATE REF NBR                 DESCRIPTION
```

MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435

CH3000506

```
          UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
     UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM    08/16/07 11:35
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
     PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:   064226095-6012
                                           BILLING PERIOD: 01/11/06 08/16/07

              BILL TO
        TONY CHANNELL
        712 CHARLIE STREET
        OPP                AL 36467-0000
        UNITED STATES
```

```
SRV DATE REF NBR                  DESCRIPTION
01/11/06 01590003 DELUXE PRIVATE ROOM                          1175.00
01/12/06 08110033 ECHO 2D COMPLETE                              793.00
01/12/06 08110032 ECHO DOPPLER PULSE WAVE                       402.00
01/12/06 08110034 ECHO DOPPLER COLOR FLOW                       498.00
01/12/06 01590003 DELUXE PRIVATE ROOM                          1175.00
01/11/06 07801925 VENIPUNCTURE                                   11.00
01/11/06 07835125 GGT SERUM                                      25.20
01/11/06 07835145 PHOSPHORUS SERUM.                              16.80
01/11/06 07835245 AUTO CBC WITH PLT CNT                          23.20
01/11/06 07835246 BLOOD SMEAR;EXAM WITH MAN DIFF                 20.60
01/11/06 07839506 HEPATIC FUNCTION PANEL                         57.20
01/11/06 07839511 BASIC METABOLIC PANEL                          77.60
01/11/06 13520157 ALPHA-FETOPROTEIN;SERUM                        59.60
01/11/06 20736010 PROTHROMBIN TIME                               24.60
01/11/06 04080013 RH TYPING                                      48.00
01/11/06 04080014 ABO TYPING                                     36.50
01/11/06 04080030 ANTIBODY SCREENING                             74.00
01/12/06 13520081 AMMONIA BLOOD                                  40.50
01/12/06 13520175 PHOSPHORUS SERUM                               42.00
01/12/06 13520545 MAGNESIUM SERUM                                70.00
01/12/06 13529511 BASIC METABOLIC PANEL                         194.00
01/12/06 13650024 AUTO CBC WITH AUTOMATED DIFF                   96.00
01/12/06 20736010 PROTHROMBIN TIME                               61.50
01/12/06 20736020 PART THROMBOPLASTIN TIME                       78.50
01/12/06 05071020 CHEST 2 VIEWS                                 205.00
01/12/06 22716770 ECHO RETROPERITONEAL COMP                     498.00
01/12/06 11050690 LACTULOSE ENEMA 300ML UP                       28.96
01/12/06 11050690 LACTULOSE ENEMA 300ML UP                       28.96
```

CH3000507

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:    064226095-6012

| SRV DATE | REF NBR | DESCRIPTION | | |
|----------|---------|-------------|--|------|
| 01/12/06 | 11050690 | LACTULOSE ENEMA 300ML UP | | 28.96 |
| 01/12/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/12/06 | 11050045 | UROSDIOL CAP 300MG UP | | 17.76 |
| 01/12/06 | 11050045 | UROSDIOL CAP 300MG UP | (QTY OF 0003) | 26.28 |
| 01/11/06 | 11061023 | ZOLPIDEM TAB 5MG UD | (QTY OF 0002) | 28.78 |
| 01/12/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/12/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/12/06 | 11030783 | DIPHENHYDRAMINE INJ50MG/1MLUD- | | 31.63 |
| 01/11/06 | 11058720 | HYDROXYZINE CAPSULE    25MG UD- | (QTY OF 0004) | 14.14 |
| 01/12/06 | 11058720 | HYDROXYZINE CAPSULE    25MG UD- | (QTY OF 0002) | 13.82 |
| 01/12/06 | 11058720 | HYDROXYZINE CAPSULE    25MG UD- | (QTY OF 0002) | 13.82 |
| 01/12/06 | 11058720 | HYDROXYZINE CAPSULE    25MG UD- | (QTY OF 0002) | 13.82 |
| 01/12/06 | 11058720 | HYDROXYZINE CAPSULE    25MG UD- | (QTY OF 0002) | 13.82 |
| 01/12/06 | 11057962 | ESOMEPRAZOLE CAP 40MG UPNF | | 14.10 |
| 01/12/06 | 11030536 | PHYTONADIONE INJ 10MG/ML AMP | | 40.13 |
| 01/11/06 | 12063875 | SLEEVE SCD KNEE | | 190.00 |
| 01/11/06 | 08010005 | ECG 12 LEAD TRACING | | 140.00 |
| 01/13/06 | 01590003 | DELUXE PRIVATE ROOM | | 1175.00 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/12/06 | 13520100 | CREATININE URINE | | 70.00 |
| 01/12/06 | 13520250 | SODIUM URINE | | 87.00 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/12/06 | 07710055 | COLONY COUNT URINE | | 90.50 |
| 01/12/06 | 13670181 | URINALYSIS WITH MICROSCOPIC | | 70.00 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080120 | THAWING UNIT | | 60.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/12/06 | 04080608 | FFP PREP/ADMIN | | 267.50 |
| 01/13/06 | 13520011 | ALBUMIN SERUM | | 46.00 |
| 01/13/06 | 13520015 | BILIRUBIN TOTAL SERUM | | 42.00 |
| 01/13/06 | 13520018 | BILIRUBIN, DIRECT | | 42.50 |

CH3000508

```
            UNIVERSITY OF ALABAMA AT BIRMINGHAM          PAGE    3
      UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM    08/16/07 11:35
            PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to secure payment of these charges to the medical provider.  Any insurance company who has received this statement in connection with any claim for reimbursement arising out of the treatment provided to the patient may contact the hospital for a copy of any lien that the hospital is asserting, and for instructions as to how payment should be remitted in order to satisfy these charges.  Any insurance company making a payment to the patient without positive validation from the hospital may be held liable for such payment to the hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
      PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:   064226095-6012

SRV DATE REF NBR                  DESCRIPTION
01/13/06 13520081 AMMONIA BLOOD                                  40.50
01/13/06 13520170 ALK PHOSPHATASE SERUM                          68.50
01/13/06 13520175 PHOSPHORUS SERUM                               42.00
01/13/06 13520270 TRANSAMINASE (SGOT) SER                        42.00
01/13/06 13520271 SGPT                                           42.00
01/13/06 13520272 G-GLUTAMYL TRANSFERASE                         63.00
01/13/06 13520545 MAGNESIUM SERUM                                70.00
01/13/06 13529511 BASIC METABOLIC PANEL                         194.00
01/13/06 13650024 AUTO CBC WITH AUTOMATED DIFF                   96.00
01/13/06 20736010 PROTHROMBIN TIME                               61.50
01/13/06 20736020 PART THROMBOPLASTIN TIME                       78.50
01/13/06 13520530 CMV IGG AB                                    110.50
01/13/06 11059087 POLYETHYLENE GLYCOL PWD 17GMUD                 16.03
01/13/06 11059087 POLYETHYLENE GLYCOL PWD 17GMUD                 16.03
01/13/06 11050690 LACTULOSE ENEMA 300ML UP                       28.96
01/13/06 11050690 LACTULOSE ENEMA 300ML UP                       28.96
01/13/06 11051600 CHOLESTYRAMINE RESIN/4GM PKT                   15.80
01/13/06 11051600 CHOLESTYRAMINE RESIN/4GM PKT                   15.80
01/13/06 11030783 DIPHENHYDRAMINE INJ50MG/1MLUD                  31.63
01/13/06 11030783 DIPHENHYDRAMINE INJ50MG/1MLUD                  31.63
01/13/06 11058720 HYDROXYZINE CAPSULE  25MG UD-     (QTY OF 0002) 13.82
01/13/06 11058720 HYDROXYZINE CAPSULE  25MG UD-     (QTY OF 0002) 13.82
01/13/06 11058720 HYDROXYZINE CAPSULE  25MG UD-     (QTY OF 0002) 13.82
01/13/06 11057962 ESOMEPRAZOLE CAP 40MG UPNF                     14.10
01/13/06 11030938 ONDANSETRON INJ 4MG/2ML                        72.49
01/13/06 11030536 PHYTONADIONE INJ 10MG/ML AMP                   40.13
01/13/06 11036100 PROMETHAZINE INJ 25MG/1ML AMP-                 32.83
01/14/06 01590003 DELUXE PRIVATE ROOM                          1175.00
01/14/06 13520011 ALBUMIN SERUM                                 46.00
01/14/06 13520015 BILIRUBIN TOTAL SERUM                         42.00
01/14/06 13520018 BILIRUBIN, DIRECT                             42.50
01/14/06 13520081 AMMONIA BLOOD                                 40.50
01/14/06 13520170 ALK PHOSPHATASE SERUM                         68.50
01/14/06 13520175 PHOSPHORUS SERUM                              42.00
01/14/06 13520270 TRANSAMINASE (SGOT) SER                       42.00
01/14/06 13520271 SGPT                                          42.00
01/14/06 13520272 G-GLUTAMYL TRANSFERASE                        63.00
```

CH3000509

UNIVERSITY OF ALABAMA AT BIRMINGHAM                    PAGE     4
UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM       08/16/07 11:35
PATIENT STATEMENT OF ACCOUNT - DETAIL

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

PATIENT NAME: CHANNELL, TONY              ACCOUNT NBR:    064226095-6012

| SRV DATE | REF NBR | DESCRIPTION | | |
|---|---|---|---|---|
| 01/14/06 | 13520545 | MAGNESIUM SERUM | | 70.00 |
| 01/14/06 | 13529511 | BASIC METABOLIC PANEL | | 194.00 |
| 01/14/06 | 13650024 | AUTO CBC WITH AUTOMATED DIFF | | 96.00 |
| 01/14/06 | 20736010 | PROTHROMBIN TIME | | 61.50 |
| 01/14/06 | 20736020 | PART THROMBOPLASTIN TIME | | 78.50 |
| 01/13/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/14/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/14/06 | 11030536 | PHYTONADIONE INJ 10MG/ML AMP | | 40.13 |
| 01/14/06 | 11032156 | POT CHLORIDE 20MEQ/100ML BAG | | 34.99 |
| 01/14/06 | 11020203 | SOOTHING LOTION (SARNA) 240ML | | 38.62 |
| 01/14/06 | 11057308 | QUETIAPINE TAB 12.5MG/0.5TABUP | | 17.39 |
| 01/14/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/14/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/14/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/14/06 | 11057962 | ESOMEPRAZOLE CAP 40MG UPNF | (QTY OF 0011) | 20.10 |
| 01/13/06 | 11050045 | UROSDIOL CAP 300MG UP | | 17.76 |
| 01/14/06 | 11050045 | UROSDIOL CAP 300MG UP | (QTY OF 0003) | 26.28 |
| 01/13/06 | 11061023 | ZOLPIDEM TAB 5MG UD | (QTY OF 0002) | 28.78 |
| 01/14/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/14/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/14/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/13/06 | 11030783 | DIPHENHYDRAMINE INJ50MG/1MLUD- | | 31.63 |
| 01/14/06 | 11030783 | DIPHENHYDRAMINE INJ50MG/1MLUD- | | 31.63 |
| 01/13/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0002) | 13.82 |
| 01/14/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0002) | 13.82 |
| 01/14/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0004) | 14.14 |
| 01/14/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0004) | 14.14 |
| 01/15/06 | 11390030 | BOOST HIGH PROTEIN/8 OZ CAN | (QTY OF 0003) | 9.00 |
| 01/15/06 | 01590003 | DELUXE PRIVATE ROOM | | 1175.00 |
| 01/15/06 | 13520011 | ALBUMIN SERUM | | 46.00 |
| 01/15/06 | 13520015 | BILIRUBIN TOTAL SERUM | | 42.00 |
| 01/15/06 | 13520018 | BILIRUBIN, DIRECT | | 42.50 |
| 01/15/06 | 13520170 | ALK PHOSPHATASE SERUM | | 68.50 |
| 01/15/06 | 13520175 | PHOSPHORUS SERUM | | 42.00 |
| 01/15/06 | 13520270 | TRANSAMINASE (SGOT) SER | | 42.00 |
| 01/15/06 | 13520271 | SGPT | | 42.00 |
| 01/15/06 | 13520272 | G-GLUTAMYL TRANSFERASE | | 63.00 |

CH3000510

UNIVERSITY OF ALABAMA AT BIRMINGHAM                    PAGE    5
UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM       08/16/07 11:35
PATIENT STATEMENT OF ACCOUNT - DETAIL

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

PATIENT NAME: CHANNELL, TONY              ACCOUNT NBR:   064226095-6012

| SRV DATE | REF NBR | DESCRIPTION | | |
|----------|---------|-------------|---|---|
| 01/15/06 | 13520545 | MAGNESIUM SERUM | | 70.00 |
| 01/15/06 | 13529511 | BASIC METABOLIC PANEL | | 194.00 |
| 01/15/06 | 13650024 | AUTO CBC WITH AUTOMATED DIFF | | 96.00 |
| 01/15/06 | 20736010 | PROTHROMBIN TIME | | 61.50 |
| 01/15/06 | 20736020 | PART THROMBOPLASTIN TIME | | 78.50 |
| 01/15/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/15/06 | 11059087 | POLYETHYLENE GLYCOL PWD 17GMUD | | 16.03 |
| 01/15/06 | 11056663 | PAROXETINE TAB CR 25MG UP   NF | | 19.08 |
| 01/15/06 | 11056663 | PAROXETINE TAB CR 25MG UP   NF | | 19.08 |
| 01/14/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/15/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/15/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/15/06 | 11053373 | ONDANSETRON TABLET 4MG UD | | 58.78 |
| 01/14/06 | 11057308 | QUETIAPINE TAB 12.5MG/0.5TABUP | | 17.39 |
| 01/15/06 | 11057308 | QUETIAPINE TAB 12.5MG/0.5TABUP | | 17.39 |
| 01/15/06 | 11057962 | ESOMEPRAZOLE CAP 40MG UPNF | | 14.10 |
| 01/15/06 | 11025192 | NIVEA SKIN OIL 360ML | | 22.51 |
| 01/15/06 | 11030536 | PHYTONADIONE INJ 10MG/ML AMP | | 40.13 |
| 01/15/06 | 11056317 | POT CHLORIDE 10% 40MEQ/30ML UD | | 14.16 |
| 01/14/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0002) | 13.82 |
| 01/15/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0002) | 13.82 |
| 01/15/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | | 13.66 |
| 01/15/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0004) | 14.14 |
| 01/15/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0004) | 14.14 |
| 01/15/06 | 11058720 | HYDROXYZINE CAPSULE   25MG UD- | (QTY OF 0002) | 13.82 |
| 01/14/06 | 11050045 | UROSDIOL CAP 300MG UP | | 17.76 |
| 01/15/06 | 11050045 | UROSDIOL CAP 300MG UP | (QTY OF 0003) | 26.28 |
| 01/14/06 | 11061023 | ZOLPIDEM TAB 5MG UD | (QTY OF 0002) | 28.78 |
| 01/15/06 | 11061023 | ZOLPIDEM TAB 5MG UD | (QTY OF 0002) | 28.78 |
| 01/15/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/15/06 | 11051600 | CHOLESTYRAMINE RESIN/4GM PKT | | 15.80 |
| 01/16/06 | 13520011 | ALBUMIN SERUM | | 46.00 |
| 01/16/06 | 13520015 | BILIRUBIN TOTAL SERUM | | 42.00 |
| 01/16/06 | 13520018 | BILIRUBIN, DIRECT | | 42.50 |
| 01/16/06 | 13520170 | ALK PHOSPHATASE SERUM | | 68.50 |
| 01/16/06 | 13520175 | PHOSPHORUS SERUM | | 42.00 |
| 01/16/06 | 13520270 | TRANSAMINASE (SGOT) SER | | 42.00 |

CH3000511

```
            UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    6
         UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM    08/16/07 11:35
                PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:   064226095-6012

   SRV DATE REF NBR                  DESCRIPTION
   01/16/06 13520271 SGPT                                            42.00
   01/16/06 13520272 G-GLUTAMYL TRANSFERASE                          63.00
   01/16/06 13520545 MAGNESIUM SERUM                                 70.00
   01/16/06 13529511 BASIC METABOLIC PANEL                          194.00
   01/16/06 13650022 AUTO CBC WITH PLT CNT                           58.00
   01/16/06 20736010 PROTHROMBIN TIME                                61.50
   01/16/06 20736020 PART THROMBOPLASTIN TIME                        78.50
   01/16/06 11056663 PAROXETINE TAB CR 25MG UP  NF                   19.08
   01/16/06 11053373 ONDANSETRON TABLET 4MG UD                       58.78
   01/16/06 11057308 QUETIAPINE TAB 12.5MG/0.5TABUP                  17.39
   01/16/06 11059087 POLYETHYLENE GLYCOL PWD 17GMUD                  16.03
   01/16/06 11057962 ESOMEPRAZOLE CAP 40MG UPNF                      14.10
   01/15/06 11058720 HYDROXYZINE CAPSULE  25MG UD-   (QTY OF 0002)   13.82
   01/16/06 11058720 HYDROXYZINE CAPSULE  25MG UD-   (QTY OF 0002)   13.82
   01/16/06 11058720 HYDROXYZINE CAPSULE  25MG UD-   (QTY OF 0002)   13.82
   01/16/06 11069583 LORAZEPAM TAB 1MG UD                            16.66
   01/16/06 11061023 ZOLPIDEM TAB 5MG UD             (QTY OF 0002)   28.78
   01/16/06 11051600 CHOLESTYRAMINE RESIN/4GM PKT                    15.80
   01/16/06 11030783 DIPHENHYDRAMINE INJ50MG/1MLUD-                  31.63
   01/17/06 11390030 BOOST HIGH PROTEIN/8 OZ CAN     (QTY OF 0006)   18.00
   03/06/06          REFRD BAL 3119.55 TO EOS, NO OTHER INSUR LISTED TO
                     BILL   7500/8101/T5/RDB
```

```
   MAKE CHECK PAYABLE TO:    UAB HOSPITAL

   IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
   CUSTOMER SERVICE 934-6400        PHONE: (888) 309-8435
```

CH3000512

```
        UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
    UNIVERSITY OF ALABAMA HOSPITAL AT BIRMINGHAM      08/16/07 11:36
        PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:    064226095-6023
                                         BILLING PERIOD:       08/16/07
                BILL TO
        TONY CHANNELL
        712 CHARLIE STREET
        OPP              AL 36467-0000
        UNITED STATES
```

```
SRV DATE REF NBR                    DESCRIPTION
```

```
MAKE CHECK PAYABLE TO:    UAB HOSPITAL

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400           PHONE: (888) 309-8435
```

CH3000513

```
           UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
           UNIVERSITY OF ALABAMA HOSPITAL CLINICS        08/16/07 11:36
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:   064226095-6024
                                           BILLING PERIOD: 01/25/06 08/16/07
               BILL TO
         TONY CHANNELL
         712 CHARLIE STREET
         OPP            AL 36467-0000
         UNITED STATES
```

```
SRV DATE REF NBR                    DESCRIPTION
01/25/06 07801925 VENIPUNCTURE                              11.00
01/25/06 07835125 GGT SERUM                                 25.20
01/25/06 07835145 PHOSPHORUS SERUM.                         16.80
01/25/06 07835245 AUTO CBC WITH PLT CNT                     23.20
01/25/06 07835246 BLOOD SMEAR;EXAM WITH MAN DIFF            20.60
01/25/06 07839506 HEPATIC FUNCTION PANEL                    57.20
01/25/06 07839511 BASIC METABOLIC PANEL                     77.60
01/25/06 20736010 PROTHROMBIN TIME                          24.60
```

```
MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435
```

CH3000514

```
        UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
        UNIVERSITY OF ALABAMA HOSPITAL CLINICS          08/16/07 11:36
        PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:     064226095-6038
                                           BILLING PERIOD: 02/08/06 08/16/07
             BILL TO
        TONY CHANNELL
        712 CHARLIE STREET
        OPP          AL 36467-0000
        UNITED STATES
```

```
SRV DATE REF NBR                      DESCRIPTION
02/08/06 07801925 VENIPUNCTURE                                    11.00
02/08/06 07835125 GGT SERUM                                       25.20
02/08/06 07835250 AUTO CBC WITH AUTOMATED DIFF                    38.40
02/08/06 07839506 HEPATIC FUNCTION PANEL                          57.20
02/08/06 07839511 BASIC METABOLIC PANEL                           77.60
02/08/06 13520157 ALPHA-FETOPROTEIN;SERUM                         59.60
02/08/06 20736010 PROTHROMBIN TIME                                24.60
```

```
MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435
```

CH3000515

```
            UNIVERSITY OF ALABAMA AT BIRMINGHAM          PAGE    1
            UNIVERSITY OF ALABAMA HOSPITAL CLINICS       08/16/07 11:36
            PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
   PATIENT NAME: CHANNELL, TONY         ACCOUNT NBR:   064226095-6073
                                        BILLING PERIOD: 03/15/06 08/16/07
              BILL TO
         TONY CHANNELL
         712 CHARLIE STREET
         OPP                AL 36467-0000
         UNITED STATES
```

```
SRV DATE REF NBR                    DESCRIPTION
03/15/06 03001036 Q-ALPHA-1 ANTITRYPSIN PHENO              118.00
03/15/06 07660253 IGG SERUM                                 37.00
03/15/06 07660279 HEPATITIS A TOTAL                         34.60
03/15/06 07660282 HEPATITIS B SURF ANTIGEN                  55.80
03/15/06 07660283 HEPATITIS B SURF ANTIBOD                  54.60
03/15/06 07660289 HEPATITIS C ANTIBODY                      63.60
03/15/06 07660322 ANA, SCREEN                               47.80
03/15/06 07801925 VENIPUNCTURE                              11.00
03/15/06 07835115 CPK SERUM                                 26.00
03/15/06 07835125 GGT SERUM                                 25.20
03/15/06 07835137 HEMOGLOBIN A1C - TKC                      35.00
03/15/06 07835245 AUTO CBC WITH PLT CNT                     23.20
03/15/06 07835301 LIPID PANEL                               38.40
03/15/06 07839506 HEPATIC FUNCTION PANEL                    57.20
03/15/06 07839511 BASIC METABOLIC PANEL                     77.60
03/15/06 13520157 ALPHA-FETOPROTEIN;SERUM                   59.60
03/15/06 13520320 FERRITIN                82728             41.20
03/15/06 13520400 TSH SERUM.                                34.20
03/15/06 13520505 IRON SERUM              83540             22.60
03/15/06 13520515 IRON BINDING CAPACITY   83550             22.60
03/15/06 20736010 PROTHROMBIN TIME                          24.60
03/15/06 07660300 MITOCHONDRIAL ANTIBODY                    98.00
03/15/06 07660301 ANTI-SMOOTH MUSCLE AB                     98.00
```

CH3000516

```
        UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE     2
        UNIVERSITY OF ALABAMA HOSPITAL CLINICS        08/16/07 11:36
         PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider. Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges. Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

   PATIENT NAME: CHANNELL, TONY          ACCOUNT NBR:   064226095-6073

   SRV DATE REF NBR                    DESCRIPTION


   MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

   IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
   CUSTOMER SERVICE 934-6400          PHONE: (888) 309-8435

CH3000517

```
           UNIVERSITY OF ALABAMA AT BIRMINGHAM              PAGE    1
           UNIVERSITY OF ALABAMA HOSPITAL CLINICS       08/16/07 11:36
              PATIENT STATEMENT OF ACCOUNT - DETAIL
```

The charges reflected on this statement may be subject to a Hospital Lien to
secure payment of these charges to the medical provider.  Any insurance com-
pany who has received this statement in connection with any claim for reim-
bursement arising out of the treatment provided to the patient may contact
the hospital for a copy of any lien that the hospital is asserting, and for
instructions as to how payment should be remitted in order to satisfy these
charges.  Any insurance company making a payment to the patient without posi-
tive validation from the hospital may be held liable for such payment to the
hospital and under Alabama Code Section22-21-7 may be guilty of a misdemeanor.

```
    PATIENT NAME: CHANNELL, TONY            ACCOUNT NBR:    064226095-6332
                                            BILLING PERIOD: 11/30/06 08/16/07
              BILL TO
         TONY CHANNELL
         712 CHARLIE STREET
         OPP              AL 36467-0000
         UNITED STATES
```

```
SRV DATE REF NBR                      DESCRIPTION
11/29/06 07801925 VENIPUNCTURE                                     8.80
11/29/06 07835245 AUTO CBC WITH PLT CNT                           20.80
11/29/06 07839506 HEPATIC FUNCTION PANEL                          46.00
11/29/06 07839511 BASIC METABOLIC PANEL                           74.00
11/29/06 20736010 PROTHROMBIN TIME                                20.00
```

```
MAKE CHECK PAYABLE TO:    UAB HOSPITAL CLINICS

IF YOU HAVE ANY QUESTIONS CONCERNING THIS STATEMENT PLEASE CONTACT:
CUSTOMER SERVICE 934-6400        PHONE: (888) 309-8435
```

CH3000518