**Page 1**

```
 1            IN THE CIRCUIT COURT
 2                   FOR
 3         COVINGTON COUNTY, ALABAMA
 4
 5   TONY CHANNELL,
 6        Plaintiff,
 7   Vs.                    CIVIL ACTION NO.
                            CV-2007-900047
 8   NUTRITION DISTRIBUTION, LLC,
     d/b/a ANABOLIC XTREME, DESIGNER
 9   SUPPLEMENTS, INC., et al.,
10        Defendants.
11
12              * * * * * * * * * *
13
14        DEPOSITION OF TONY CHANNELL, taken pursuant to
15   stipulation and agreement before Pamela A. Wilbanks,
16   Certified Court Reporter, ACCR# 391, Registered
17   Professional Reporter and Commissioner for the State of
18   Alabama at Large, in the Law Offices of Beasley, Allen,
19   Crow, Methvin, Portis & Miles, 234 Commerce Street,
20   Montgomery, Alabama, on Friday, July 18, 2008,
21   commencing at approximately 10:15 a.m.
22
23              * * * * * * * * * * * *
```

**Page 2**

```
 1              APPEARANCES
 2   FOR THE PLAINTIFF:
 3   Mr. W. Roger Smith, III
     BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
 4   Attorneys at Law
     234 Commerce Street
 5   Montgomery, Alabama
 6   FOR THE DEFENDANT DESIGNER SUPPLEMENTS:
 7   Mr. Steven Anthony Higgins
     NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
 8   Attorneys at Law
     4001 Carmichael Road
 9   Suite 300
     Montgomery, Alabama
10
     FOR THE DEFENDANT DPS NUTRITION:
11
     Ms. Kathy R. Davis
12   CARR ALLISON
     Attorneys at Law
13   100 Vestavia Parkway
     Birmingham, AL 35216
14
     FOR THE DEFENDANT NUTRITION DISTRIBUTION:
15
     Mr. J. Richard Moore
16   ALFORD, CLAUSEN & MCDONALD
     Attorneys at Law
17   One St. Louis Centre
     Suite 5000
18   Mobile, AL 36602
19
              * * * * * * * * * * * *
20
           EXAMINATION INDEX
21
     BY MR. HIGGINS............ 4
22   BY MR. MOORE.............. 141
     BY MS. DAVIS.............. 153
23   BY MR. HIGGINS............ 185
```

**Page 3**

```
 1            DEFENDANT'S EXHIBIT INDEX
 2   1   Banking statement                      47
 3   2   Composite exhibit of six photos of the 52
         bottle of Superdrol
 4
 5   3   Copy of 2004 federal tax return        96
 6   4   Copy of 2005 federal tax return        96
 7   5   Copy of 2006 federal tax return        96
 8   6   Copy of 2007 federal tax return        96
 9
10               STIPULATION
11       It is hereby stipulated and agreed by and
12   between counsel representing the parties that the
13   deposition of TONY CHANNELL is taken pursuant to the
14   Alabama Rules of Civil Procedure and that said
15   deposition may be taken before Pamela A. Wilbanks,
16   Registered Professional Reporter and Commissioner for
17   the State of Alabama at Large, without the formality of
18   a commission, that objections to questions other than
19   objections as to the form of the question need not be
20   made at this time but may be reserved for a ruling at
21   such time as the said deposition may be offered in
22   evidence or used for any other purpose by either party
23   provided for by the Statute.
```

**Page 4**

```
 1       It is further stipulated and agreed by and
 2   between counsel representing the parties in this case
 3   that the filing of said deposition is hereby waived and
 4   may be introduced at the trial of this case or used in
 5   any other manner by either party hereto provided for by
 6   the Statute regardless of the waiving of the filing of
 7   the same.
 8       It is further stipulated and agreed by and
 9   between the parties hereto and the witness that the
10   signature of the witness to this deposition is hereby
11   waived.
12
13              * * * * * * * * * * * *
14             TONY CHANNELL
15       The witness, after having first been duly sworn
16   to speak the truth, the whole truth and nothing but the
17   truth testified as follows:
18              EXAMINATION
19   BY MR. HIGGINS:
20   Q.  Could you please state your full name for us?
21   A.  Tony Lee Channell.
22   Q.  Mr. Channell, my name is Tony Higgins, and
23       I represent Designer Supplements in this lawsuit
```

**Page 57**

1  Q. I want to make sure I understand. Say that word
2     again. What was it?
3  A. No results. Zero results.
4  Q. But the name of it again?
5  A. I believe it's pronounced Androstendion. There
6     may be an "E" at the end of the word.
7  Q. Have you taken any other supplements from 2000
8     up to 2005 other than this Andro one you've told
9     me about?
10 A. Not that I remember.
11 Q. Have you ever purchased any type of supplements
12    over the phone other than the Superdrol?
13 A. Not that I remember, no.
14 Q. Have you ever purchased any supplements over the
15    Internet?
16 A. No.
17 Q. When you got the Superdrol and it was mailed to
18    you and you began using it, were there other
19    people there at your gym that were using it
20    concurrently with you?
21 A. Yes.
22 Q. And how did you incorporate the Superdrol into
23    your exercise routine? Did you do anything

**Page 58**

1     different?
2  A. No.
3  Q. Did you increase the frequency of your
4     workouts? Decrease them? Change the weight
5     training you were doing, anything like that,
6     while you were taking the Superdrol?
7  A. No.
8  Q. What side effects did you notice from the
9     Superdrol while you were taking it?
10 A. Started having yellowing of my eyes. My urine
11    increased in yellowish to a brownish color,
12    decreased appetite, nausea.
13    Are we talking about in the beginning when I
14    started it or ...
15 Q. Well, I think what I'd like to do is kind of go
16    through during the time you were taking it.
17    What's the first thing you noticed that was
18    different about your body after you started
19    taking it, whether it be positive or negative?
20 A. Increase in body weight, increase in strength.
21 Q. And how far along -- Assuming that you took it
22    for around 42 days, how far into it did you
23    begin to notice increased strength and weight?

**Page 59**

1  A. Right at two weeks.
2  Q. Was it noticeable?
3  A. Yes.
4  Q. And after that first two weeks of taking the
5     Superdrol, were you noticing anything negative
6     at that point?
7  A. No.
8  Q. Now, were you noticing anything else different
9     about your body and your routine in that first
10    two weeks other than the increased strength and
11    weight?
12 A. No.
13 Q. And a couple of examples. Did you have any
14    disruption in your sleep pattern?
15 A. No.
16 Q. Any change in your temperament?
17 A. Maybe.
18    MR. SMITH: What's the time frame
19    we're talking about again?
20    MR. HIGGINS: The first two weeks he
21    was taking it.
22 A. Maybe a little in temperament.
23 Q. In what way?

**Page 60**

1  A. Maybe easily agitated.
2  Q. Appetite?
3  A. Normal or more. I don't know if -- I eat a lot
4     at that time -- either way.
5  Q. Now, while you were taking the Superdrol, were
6     you taking any other types of supplements?
7  A. No.
8  Q. What's the next thing you noticed about your
9     body or your personality during the time you
10    were taking it?
11 A. Just increase in body weight, increase in
12    strength. And not long thereafter, I started
13    having the side effects.
14 Q. How far into it do you think you began to first
15    experience what I'll call the negative effects,
16    the first ones you told me about?
17 A. I'll say four-and-a-half to five weeks.
18 Q. So toward the end?
19 A. Yes.
20 Q. I guess five weeks would be 42 days, right?
21 A. Close.
22 Q. I'm not trying to pin you down on an exact
23    date.

Page 61

1  A. Right.
2  Q. But say in the last week or so, that's when you
3     really began to notice the negative side
4     effects?
5  A. Right.
6  Q. Now, during the 42-and-a-half-day period that
7     you described for us, were you taking them on a
8     daily basis?
9  A. Yes.
10 Q. And were you taking two capsules a day?
11 A. Yes.
12 Q. Did you ever alter that routine during the time
13    that you were taking it?
14 A. No.
15 Q. And were you at that time working out with guys
16    at the gym who were also taking it?
17 A. Intermittently, yes, if they were there. I
18    mean, if they were at the gym while I was
19    there. They were -- Not necessarily working
20    out. We was in the gym at the same time
21    sometimes.
22 Q. Do you know if any of the people at the gym who
23    were taking it purchased it any other way than

Page 62

1     the way you purchased it? I asked that badly.
2     Let me ask you this.
3         Was the Superdrol ever sold between people
4     at the gym or by the gym itself?
5  A. No.
6  Q. During the time that you were taking the
7     Superdrol, did you ever hear anyone describe it
8     as a steroid?
9  A. No.
10 Q. Had you ever previously taken any type of
11    steroid?
12 A. No.
13 Q. You've described during the time you were taking
14    the Superdrol a couple of things: increased
15    strength, weight, temperament maybe a little bit
16    more agitated or easily agitated. And then you
17    described some negative side effects with the
18    yellowing of the eyes, brown urine, decreased
19    appetite, nausea. Any other side effects you
20    had from the Superdrol while you were taking it?
21 A. Yes. Towards the four-and-a-half-week period on
22    till I finished -- until I stopped taking the
23    Superdrol and thereafter, I started having the

Page 63

1     increased itching, couldn't sleep, no appetite,
2     couldn't use the bathroom. Pretty miserable.
3  Q. When you started experiencing some of the
4     negative side effects you described for us, did
5     you do any additional research about the
6     Superdrol product?
7  A. No. I just stopped taking it.
8  Q. At some point did you come to an understanding
9     or belief that the Superdrol product you had
10    been taking was an anabolic steroid?
11        MS. DAVIS: Object to the form.
12 A. Say the question one more time.
13 Q. Did you ever come to the understanding -- I'm
14    not representing it's true or not, but at any
15    point while you were taking the Superdrol, did
16    you ever come to the understanding that you may
17    be taking an anabolic steroid?
18        MS. DAVIS: Object to the form.
19 A. No.
20 Q. Do you know what I mean by anabolic steroid?
21 A. Yes.
22 Q. And I understand your testimony that you've
23    never used anabolic steroids, correct?

Page 64

1  A. Correct.
2  Q. Have you been around people at your gym who have
3     taken anabolic steroids?
4  A. People from my gym have told me -- I've heard of
5     people taking them back in high school, things
6     like this. But, no, not -- No, not at the time
7     we were working out at the gym. No, I don't
8     know of anyone on anabolic steroids.
9  Q. Sitting here today do you think that the
10    Superdrol product is a steroid?
11        MS. DAVIS: Object to the form.
12 A. I don't know. I've heard certain things said
13    from physicians, but I don't know.
14 Q. You personally are uncertain?
15 A. I'm personally uncertain.
16 Q. During the time you were taking the Superdrol,
17    did you have any other changes in your
18    temperament other than possibly becoming more
19    easily agitated?
20 A. No.
21 Q. I saw in some of the discovery responses where
22    you stated that you in February or March of 2006
23    called an 800 number -- I wrote it down -- to

Page 89

1  A. Dr. Bob Williams now.
2  Q. And you indicated a moment ago that you're not
3     taking the Paxil right now.
4  A. No. I have a prescription for it, but I haven't
5     taken it recently.
6  Q. Why not?
7  A. Trying to see if I can get by without taking
8     medication -- taking any further medication.
9  Q. Have any of your treating physicians told you
10    not to take the Paxil because of your liver
11    condition?
12 A. No. But during the course of what I went
13    through at UAB, I've learned that any type of
14    medication and all types of medication basically
15    goes through your liver, and I just wanted to be
16    on the least amount of anything I could be on as
17    possible. Hopefully nothing, but I may have to
18    take Paxil again in the future.
19 Q. Are you currently taking any medications
20    associated with your liver condition?
21 A. No.
22 Q. Since your initial treatment at UAB in 2006,
23    have you taken any medications associated with

Page 90

1     your liver condition?
2  A. Since the initial treatment at UAB? Yes.
3  Q. What type of medications were prescribed to you?
4  A. There was a lot of them. There was a lot of
5     them, and I don't know all of them. They kept
6     me on -- they wanted me to continue the Paxil
7     once I got -- They wanted me to continue the
8     Paxil at that time. The doctors at the time
9     wanted the least amount of medicine I could take
10    as possible. But during the recovery period, I
11    was on quite a bit of medication.
12 Q. Sure.
13 A. But eventually, you know ...
14 Q. When is the last time you were seen by the liver
15    specialist at UAB?
16 A. Probably latter '06 or '07 -- early '07.
17 Q. Early '07?
18 A. Yes.
19 Q. Do you have any return visits scheduled with
20    them currently?
21 A. Not currently, no.
22 Q. Have they released you to return on an as-needed
23    basis?

Page 91

1  A. Yes.
2  Q. Now, do you periodically have your liver
3     function monitored locally?
4  A. No.
5  Q. When is the last time you had a liver function
6     test?
7  A. With the UAB physicians.
8  Q. Late '06, early '07?
9  A. I'm not sure.
10 Q. Have you had any symptoms since that last test
11    that you associate with some type of improper
12    function of your liver?
13 A. I still -- My bilirubin level hasn't totally
14    returned to normal. I still have some yellowing
15    of the eyes. I have pain in joints -- a lot of
16    pain in joints. I think that's it. And I'm
17    weary {sic}. You know, speaking of the alcohol
18    and things like that, I'm weary of drinking
19    alcohol. I'm weary of taking -- I don't want to
20    take -- I want to take the least amount of
21    medicine I have to take to get through life.
22    Once you've had a liver problem, you don't want
23    to have another one. That's it.

Page 92

1  Q. You indicated that you also suffered what you
2     described as massive weight loss after all this
3     occurred.
4  A. That was about five weeks into it when I started
5     getting sick, yes.
6  Q. What's your judgment on how much weight you
7     lost?
8  A. Over 50 pounds.
9  Q. Have you gained that weight back?
10 A. Not all of it, no.
11 Q. How far back are you?
12 A. At the moment 18 pounds. No. Twenty pounds at
13    the moment. Eighteen to twenty pounds.
14 Q. You're 18 or 20 pounds lighter than you were?
15 A. No. Heavier than I was at my sickest state.
16 Q. But you don't weigh as much as you did before
17    you took the Superdrol?
18 A. Not at this time, no.
19 Q. You described that you have some scarring.
20 A. Yes.
21 Q. What type of scarring do you have?
22 A. Just holes in my skin on my arms and legs where
23    I scratched. I scratched till the blood come

Page 93

1   out of me. The elevated bilirubin levels causes
2   you to itch. And as far as I know, I had the
3   highest on record at UAB in bilirubin and itched
4   constantly 24/7. I itched. Pretty miserable.
5  Q. When did you begin to have the joint pain that
6   you described for us?
7  A. When I was healing from the liver failure, my
8   joints started aching.
9  Q. And is it all your joints or are there more --
10 A. No.
11 Q. -- more than others?
12 A. Yes.
13 Q. Which joints are particularly problematic?
14 A. Bilateral knees, bilateral elbows. Both knees.
15  Both elbows.
16 Q. Have you taken any medications for that since
17  your problem with your liver?
18 A. I've taken one arthritis medication, and that's
19  it that I remember.
20 Q. What about over-the-counter stuff?
21 A. I have tried glucosamine, but I don't think it
22  was since the liver failure. I don't think it
23  was since then.

Page 94

1  Q. Have you taken any prescription medications for
2   your joint pain?
3  A. Yes.
4  Q. Which ones?
5  A. It was a strange arthritis medication. I can't
6   think of the name of it.
7  Q. Did it do anything for you?
8  A. No.
9  Q. What about your level of physical activities?
10  How are they today?
11 A. I still perform the same things as before the
12  injury. Just not as active, not as into it.
13  Like, for example, running. I don't want to
14  sprint anywhere. It's painful. I start out
15  with a walk and build up to a jog on a
16  treadmill. I can do that with some pain. But
17  abrupt movements, wrestling with my son -- If my
18  son just grabs me or tries to tackle me out in
19  the yard, it's not fun anymore.
20      But as far as -- wake boarding and things
21  like that, I haven't tried. I still ride a dirt
22  bike from time to time, a four-wheeler from time
23  to time, but I'm not riding on dirt bike tracks

Page 95

1   or -- Just basically casual riding. I still
2   lift the weights but probably not as heavy --
3   not as heavy. Involved in a lot of activities.
4   Just can't go at it like I once did, you know.
5  Q. Are you able to do all of your normal functions
6   and jobs at work?
7  A. Pretty much. Trouble with bending. Pain with
8   movements of those certain joints I named, but I
9   pretty much can do my job.
10 Q. Have any of your treating physicians told you
11  that the joint problems and pain that you're
12  having may be associated with your liver
13  condition?
14 A. No.
15 Q. But you associate it with the liver condition.
16  Is that what you're telling me?
17 A. Yes.
18 Q. Why do you associate it with the liver?
19 A. Too much of a coincidence. All my joints
20  started hurting at the same time, all four
21  joints. It wasn't like this knee started
22  hurting, that elbow. It was along the same
23  period of time I started having pain in all

Page 96

1   joints.
2  Q. Y'all have produced copies of your tax returns.
3   I do have a few questions about these.
4          (Defendant's Exhibit 3 marked for
5           identification.)
6  Q. Let me show you what I'm going to mark as
7   Defendant's Exhibit 3. Does that appear to be a
8   copy of your 2004 federal income tax return?
9  A. Yes.
10         (Defendant's Exhibit 4 marked for
11          identification.)
12 Q. I'm going to show you what I'm going to mark as
13  Defendant's Exhibit 4. Does that appear to be a
14  copy of your 2005 federal income tax return?
15 A. Yes.
16         (Defendant's Exhibit 5 marked for
17          identification.)
18 Q. Defendant's Exhibit 5, does that appear to be a
19  copy of your 2006 federal income tax return?
20 A. Yes.
21         (Defendant's Exhibit 6 marked for
22          identification.)
23 Q. And finally Defendant's Exhibit 6, does that

Deposition of Tony Channell                                                                July 18, 2008

**Page 117**

1   done MRIs and things, and I was diagnosed there
2   also.
3   Q. Where did you go in Pensacola?
4   A. I believe it was West Florida Hospital.
5   Q. Is that where you received all of your medical
6       treatment, in Pensacola?
7   A. Yes. For that.
8   Q. Do you recall the name of your treating
9       physician down there?
10  A. I don't. I seen him, I think, one time.
11  Q. Have you been treated by any doctors in
12      Pensacola outside of the West Florida Hospital?
13  A. No.
14  Q. Nobody's office or anything like that?
15  A. No.
16  Q. And you believe you were referred down there by
17      Dr. Bob?
18  A. Yes. That was the earliest -- I've tried to go
19      back to UAB. It was going to take over a year
20      to see someone in the joint division, and I
21      think it took me six months to get in to see the
22      guy down there. So I was referred to the
23      earliest possible one, and the Pensacola one

**Page 118**

1   come up first.
2   Q. Let me make sure I understand all the doctors
3       you've seen since you took the Superdrol in late
4       2005. We've got the doctor that you saw up in
5       Luverne. Can't remember his name, but he's the
6       one who first treated you for the liver problem,
7       correct?
8   A. Yes.
9   Q. Dr. Bob, you've seen him a time or two since the
10      accident, correct?
11  A. Yes.
12  Q. You've been seen by the variety of different
13      doctors up at UAB, correct?
14  A. Yes.
15  Q. You've been seen by some doctors at West Florida
16      Hospital?
17  A. Yes. A doctor.
18  Q. A doctor down there.
19          Have you seen any other doctors for any
20      other reason since late 2005?
21  A. No.
22  Q. Are you sure?
23  A. Pretty sure. I don't remember any more.

**Page 119**

1   Q. When all this came up in late 2005, were you
2       covered under a policy of health insurance?
3   A. Yes.
4   Q. And is that Blue Cross Blue Shield of Tennessee?
5   A. Yes.
6   Q. Are you still insured by Blue Cross Blue Shield
7       of Tennessee?
8   A. Yes.
9   Q. And is that the health insurance provider that
10      you got through your job with Diversicare?
11  A. Yes.
12  Q. And to your knowledge has your health insurer
13      paid for all of your medical treatment other
14      than possibly some copays since this occurred in
15      late 2005?
16  A. I think it's a little more -- I paid quite a bit
17      out-of-pocket and still owe quite a bit
18      out-of-pocket. They have paid some. They've
19      paid some. I don't know exactly what they've
20      paid. I don't know exactly what I've paid, but
21      I do still owe some more.
22  Q. Do you have a file folder or group of documents
23      that are the medical bills that you've incurred

**Page 120**

1   since late 2005?
2   A. The only list I remember getting I gave to my
3       attorney.
4   Q. Are you still continuing to receive billing
5       notices from some of your health providers?
6   A. Yes.
7   Q. Has anybody threatened to sue you over an old
8       account?
9   A. No.
10  Q. And do you have an understanding today as to
11      approximately how much you may still owe for
12      some of your health treatment or how much they
13      claim you owe?
14  A. Not exact amounts, but ...
15  Q. Ballpark.
16  A. Ballpark maybe, yeah.
17  Q. What would that be?
18  A. I know I owe a few thousand because I get a bill
19      from UAB, two or three thousand dollars, and I'm
20      in a payment plan with them. But other than
21      that, I don't know.
22  Q. Who is Debbie McCloud?
23  A. Just a personal friend I've worked with over the

30 (Pages 117 to 120)

**Page 129**

1   areas of damages.
2          This next set of questions is about
3   financial damages. This is categories of
4   damages in which this has cost you money. I'm
5   not asking right now about pain and suffering or
6   any type of mental anguish, things like that.
7   I'm going ask you about those, but right now I
8   want to limit my questions to items where you
9   have been financially damaged as a result of
10  what you claim happened with this Superdrol
11  product. Okay?
12         Let me just go through the first couple of
13  categories so you and I know what we're talking
14  about. You incurred some medical expenses as a
15  result of the medical treatment after you took
16  the Superdrol, correct?
17  A.  Yes.
18  Q.  And you've identified for me all the doctors who
19  have treated you and all the places where you
20  received treatment, correct?
21  A.  Yes.
22  Q.  And you've also indicated that some, but not
23  all, of your medical expenses were paid by Blue

**Page 130**

1   Cross Blue Shield of Tennessee.
2   A.  Yes.
3   Q.  And that some of the medical treatment and the
4   expenses remain unpaid and have been billed to
5   you, correct?
6   A.  Yes.
7   Q.  Do you have any estimate right now today how
8   much you've had to pay out-of-pocket up until
9   this point for medical treatment associated with
10  your use of this Superdrol product?
11  A.  Do I have any estimate?
12  Q.  Have you done a calculation? Have you kept up
13  with it?
14  A.  No.
15  Q.  If you haven't, do you have an estimate?
16  A.  I haven't kept up with it. Just out-of-pocket
17  for me?
18  Q.  Yes, sir.
19  A.  It's been several thousand dollars. I don't
20  know to be exact -- the exact amount.
21  Q.  I understand that you've had some copays,
22  correct?
23  A.  Yes.

**Page 131**

1   Q.  You've probably had some prescription drug
2   charges?
3   A.  Yes.
4   Q.  And you've got some medical expenses that just
5   have not been paid for whatever reason by Blue
6   Cross Blue Shield, correct?
7   A.  Correct.
8   Q.  And we can get the medical bills and we can get
9   the Blue Cross Blue Shield records. But as far
10  as what you've had to pay out-of-pocket, the
11  best you can tell me is several thousand
12  dollars?
13  A.  Yes.
14  Q.  Another example would be lost income from the
15  time you were unable to work. Have you done
16  anything to make any type of calculation for
17  what amount of money you have lost for not being
18  able to work for those several months after you
19  took the Superdrol?
20  A.  No.
21  Q.  Do you have an estimate?
22  A.  No.
23  Q.  And we looked at your tax returns, and they say

**Page 132**

1   what they say. But have you gone through the
2   thought process of trying to quantify how much
3   money you've lost during that time you were not
4   able to work?
5   A.  No.
6   Q.  Just so I understand the parameters of what
7   we're talking about, were you paid your
8   salary -- I guess you work by the hour. Were
9   you paid at all your regular salary or time
10  during that time that you were out?
11  A.  No.
12  Q.  You were paid for some accumulated sick days?
13  A.  And vacation. I think I took vacation days and
14  sick days.
15  Q.  And do you know how many of those days you took
16  or were able to take?
17  A.  I took all of them, whatever I had. I don't
18  know what -- I don't know how many sick days or
19  how many vacation days I accumulated. But
20  whatever I had at the time, I took all of those.
21  Q.  And those days you take that are vacation or
22  sick days, would they pay you like you worked an
23  eight-hour day or a normal day?

Page 133

1   A. Yes.
2   Q. And you just don't know for sure how many of
3      those days you actually took?
4   A. I took all of them, whatever I had built up. I
5      don't know what I had built up at the time.
6   Q. Out of the three months or so you missed, you
7      don't know how many of those you got paid for as
8      sick days or holidays or vacation days?
9   A. No.
10  Q. You also had some short-term disability
11     insurance that paid you some money?
12  A. Yes. I believe that's what it's called, yes.
13  Q. Who was that with?
14  A. With Blue Cross -- Well, through my company's
15     plan, which our plan is through Blue Cross Blue
16     Shield. But I don't know if that's from them or
17     if that's a Diversicare -- I don't know. It's
18     my company's benefits.
19  Q. Do you remember what you were paid under that
20     short-term disability as compared to what you
21     normally made?
22  A. I think I was paid like 60 percent for a short
23     period of time. I didn't get it the whole

Page 134

1      time. I did get it some of the time, but I
2      don't know the exact time I got it and when I
3      wasn't getting it.
4   Q. So did you have any other sources of income
5      during that time period where you didn't work
6      other than your accrued vacation, sick days, and
7      the short-term disability money that you
8      received?
9   A. Not that I worked for. Some of my family in
10     Enterprise helped me with some of the
11     prescription medicines I had to buy and things
12     like that. Some of that was expensive. One of
13     the drugs I was on was like a
14     seven-hundred-and-something-dollar copay. They
15     helped me with some small things like that, but
16     I made no other income during that time.
17  Q. Were you able to stay current on your child
18     support payments?
19  A. I believe I got behind. I eventually caught up,
20     but I believe I was behind at the time.
21  Q. Now, I think the two categories we just talked
22     about are probably the two big ticket items as
23     far as financial losses or damages. Can you

Page 135

1      tell me about any other way that the use of the
2      Superdrol and the resulting effects you claim
3      that it had on you cost you money?
4   A. Well, I mean, trips to and from the hospital,
5      hotels, you know, waiting to see certain doctors
6      at the hospitals. Prescriptions and copays,
7      those things. And prescriptions and copays now
8      that I'm looking at joint problems and things
9      like that. But just at this point, that would
10     be it.
11  Q. Another category --
12  A. Of course, out of work time and all that.
13  Q. And you're telling me -- One thing I just heard
14     you say is you incurred some travel expenses in
15     going back and forth to Birmingham.
16  A. Yes.
17  Q. Do you have a general estimate as to how many
18     times you had to go back and forth to Birmingham
19     after they released you from the hospital in
20     January?
21  A. I know in the beginning I went every week or
22     every two weeks for I think a period of time.
23     And then it went to every three weeks to a

Page 136

1      month, every two months, and further and further
2      in between times for the treatment.
3   Q. When you went up there and did that, did they
4      typically set your appointments early enough in
5      the morning where you needed to get there the
6      night before?
7   A. It was just random appointments. I mean, it was
8      when I could get in to see what doctor I had to
9      see. It wasn't any certain time I could get.
10  Q. Did you keep any records of those expenses that
11     you incurred?
12  A. No, I didn't.
13  Q. Do you think that's something you could recreate
14     if you had to?
15  A. With lots of thought maybe, yeah, but I didn't
16     keep a record of it.
17  Q. That's another example. But is there anything
18     else you can tell me about today where the
19     allegations that you're making as a result of
20     the use of the Superdrol product cost you money?
21  A. No, not as of right now. Just concerned about
22     the future.
23  Q. Sure.

Page 149

1  Q. You told Mr. Higgins that you felt like you had
2     an understanding of what an anabolic steroid
3     is. I appreciate that you're not a chemist or
4     scientist, but what is your understanding of
5     what an anabolic steroid is?
6  A. It's an illegal drug used for body building.
7  Q. Do you know or have you heard about how an
8     anabolic steroid is supposed to work?
9  A. No.
10 Q. How would you describe, if you can, the
11    difference between an anabolic steroid and a
12    supplement of the type that you intended to take
13    when you took Superdrol?
14         MR. SMITH: Object to form.
15         THE WITNESS: Answer?
16 Q. If you can, yeah.
17 A. All I know is the supplements are legal, and you
18    buy them at GNC or -- It's not something I buy
19    off someone off the street or in a back corner
20    or anything like that. That's my knowledge of
21    it.
22 Q. When you were hospitalized at UAB for the week
23    or so that you were there, what kind of

Page 150

1     treatment was going on at that time?
2  A. They tried numerous drugs on me. I received --
3     I had a biopsy without anesthesia of my liver
4     done. I had to have blood plasma transfusions.
5     I had to have enemas. I had to have enemas. I
6     had to have drugs. I had plasma transfusions.
7     I don't know if -- I couldn't use the restroom.
8     I was just in liver failure, and I was looking
9     bad. I had a lot of things done. Some of them
10    I don't know what all -- I was, of course,
11    depressed and down and out. Was having to talk
12    to my son about dying. I think that's why they
13    had the consult with psychology or psychiatry,
14    whoever it may have been. Just a lot of medical
15    treatments that I can't explain.
16 Q. Was there improvement in your condition over the
17    course of that week?
18 A. A little maybe. It was still up in the air.
19 Q. But you were released?
20 A. Yes. From the hospital.
21 Q. And discharged to go home with whatever
22    medication and appointments to come back?
23 A. Yes.

Page 151

1  Q. You talked about yellowing of the skin and
2     jaundice and some of the scarring and -- In your
3     discovery responses, you talk about pustules
4     that you got on portions of your body.
5         Do you have any photographs or videotape of
6     your physical condition during this time frame
7     when you were sick?
8  A. I don't on my person, but there are some that
9     some of my family members have.
10 Q. Would you know -- If, for example, I was to make
11    a request for production to your attorney to ask
12    for copies of any video or photographs, would
13    you know who to go to to ask for photographs and
14    videos?
15 A. Yes.
16 Q. As we sit here, do you know who it is?
17 A. Yes.
18 Q. Can you tell me, please?
19 A. My sister.
20 Q. What's your sister's name?
21 A. Benita Helms. And maybe my other sister, Debra
22    Carr, also.
23 Q. You said Benita's last name is Helms?

Page 152

1  A. H-E-L-M-S.
2  Q. Where does Ms. Helms reside?
3  A. Dothan, Alabama.
4  Q. And remind me of your other sister's name,
5     please.
6  A. Debra Carr.
7  Q. Where does Ms. Carr reside?
8  A. Enterprise, Alabama.
9  Q. When Mr. Higgins was asking you questions, you
10    referred to a sister that helped out while you
11    were recovering.
12 A. Yes.
13 Q. Which sister was that?
14 A. Debra Carr.
15 Q. Would it be fair to say that at the time that
16    you bought Superdrol, you did not rely on any
17    advertising on the Internet or any magazine or
18    any media when you purchased Superdrol?
19 A. Yes.
20         MR. MOORE: I think those are all my
21    questions. Thank you,
22    Mr. Channell.
23         MS. DAVIS: I have just a couple.