IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| TONY CHANNELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * CIVIL ACTION NO. CV-2007-900047 |
| NUTRITION DISTRIBUTION, | * |
| LLC, d/b/a ANABOLIC | * |
| XTREME, DESIGNER | * |
| SUPPLEMENTS, INC., et al., | * |
| | * |
| Defendants. | * |

### DESIGNER SUPPLEMENTS, INC.'S SECOND
### REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW, Defendant Designer Supplements, Inc., by and through counsel, and respectfully requests the Plaintiff to respond to the following request for production in accordance with the Alabama Rules of Civil Procedure:

1. Please execute and return to defense counsel the original medical authorization form directed to Blue Cross and Blue Shield of Tennessee.

_____
S. ANTHONY HIGGINS
Attorney for Defendant Designer
Supplements, Inc.

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

**EXHIBIT L**

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served on:

W. Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles
234 Commerce Street
Montgomery, AL 36104

David F. Miceli, Esq.
David F. Miceli, LLC
119 Maple Street, Suite 201
Carrollton, GA 30117

Kathy R. Davis, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL 35216

Andrew C. Clausen, Esq.
Alford, Clausen & McDonald
One St. Louis Centre
Suite 5000
Mobile, AL 36602

either by facsimile or by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 21st day of July, 2008.

_____
OF COUNSEL

 **BlueCross BlueShield of Tennessee**
www.bcbst.com

MEDICAL AUTHORIZATION

**The Member's Information:** Insert information about the individual whose information will be released.

Member Name: _Tony Channell_
Member Address: _712 Charle Street_
_Opp, Alabama 36467_
Employee Name (if different from member):

Member ID Number: _DIV 903D58002_
Member Date of Birth: _4-12-66_
Member Social Security No.: _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_

**Who Can Release and Receive the Information:** Insert the person/company who is allowed to release the information and the person/company who is allowed to receive the information.

The following person/company is allowed to release the information as requested: _BCBST_

The information can be provided to (include address): _S. Anthony Higgins, P.O. Box 4128, Montgomery, AL 36101_

**What Information is Being Released:** Insert what information you are authorizing to be released. Describe in detail the kind of information (e.g. claims information, premium information, medical records, etc.) you want released and if applicable, the date(s) of the information (e.g. claims for the last 6 months, premium payment record for January, etc.).

_All medical record, claims history/information, billing records, medical lien documentation, subrogation information (NO DATE RESTRICTION)_

In addition, if you agree that the following types of information may be released, please indicate so by checking the appropriate boxes:
- ☒ Mental Health Records
- ☒ HIV or AIDS Records
- ☒ Sexually Transmitted or other Communicable Diseases
- ☐ Genetic Testing Records
- ☒ Alcohol/Substance Abuse Records
- ☐ Abortion
- ☐ Maternity Records
- ☒ Sexual/Physical/Mental Abuse

*This authorization will not release psychotherapy notes. If you want to authorize the use or disclosure of psychotherapy notes, a Psychotherapy Notes Authorization Form must be submitted.

**Purpose for the Release of Information:**
- ☐ At the request of the member, or
- ☒ If not requested by the member, state the purpose of the release of the information: _For use in litigation._

**Expiration Date:** If not previously revoked, this authorization will terminate on the earliest of the following dates:
1) One year from the signature date below; or
3) Upon the following date, event or condition: _____
   (If an event or condition is specified, the company must be notified in writing of the even or condition for revocation to be effective.)

A copy of this authorization is available to me, or to my authorized representative, upon request and will serve as the original. This authorization is voluntary and is not a condition of my enrollment in a health plan, eligibility for benefits or payment for claims. I understand that IF this information is to be received by individuals or organizations that are not health care providers, health care clearinghouses, or health plans covered by the federal privacy regulations, my information described above may be re-disclosed by the recipient and no longer protected by the federal privacy regulations. This authorization is subject to revocation at any time upon written notice to the person/company specified below except to the extent that the person/company has already taken action on the disclosure provision contained in this document.

Right to Revoke: I understand that I may revoke this authorization at any time by giving written notice of my revocation to BlueCross BlueShield of Tennessee, Privacy Office, 801 Pine Street, Chattanooga, TN 37402-2555. I understand that revocation of this authorization will not affect any action you took in reliance on this authorization before you received my written notice of revocation.

X _____     _____
(Signature of Adult Member, Parent on Behalf of Minor, As Applicable)     (Date)

X _____     _____
(Signature of Legal Representative, If Applicable)     (Date)

*If a legal representative signs on behalf of the individual, a copy of the legal representative's authority must be attached to this form (e.g. Power of Attorney, guardianship, conservatorship, custody, etc).*

**You Are Entitled To A Copy Of This Authorization**
BlueCross BlueShield of Tennessee, Inc., an Independent Licensee of the BlueCross BlueShield Association
®Registered marks of the BlueCross BlueShield Association, an Association of Independent BlueCross BlueShield Plans

Please return complete form to:
Paige Thomas
BlueCross BlueShield of Tennessee
801 Pine Street
Chattanooga, TN 37402