**ID NUMBER:** 90305800200
**NAME:** TONY L CHANNELL

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability | Diag Cd | Diagnosis Code Description |
|---|---|---|---|---|---|---|---|---|
| F60100037700 | 1/5/06 | 1/5/06 | UA HEALTH SERVICES FDN PC | 0.00 | 0.00 | 0.00 | 7891 | HEPATOMEGALY |
| F60100037701 | 1/5/06 | 1/5/06 | UA HEALTH SERVICES FDN PC | 439.00 | 144.00 | 25.00 | 7891 | HEPATOMEGALY |
| F60120003300 | 1/5/06 | 1/5/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 1,080.60 | 305.57 | 0.00 | 7824 | JAUNDICE NOS, NOT OF NEWBORN |
| F60120003400 | 1/5/06 | 1/5/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 0.00 | 0.00 | 0.00 | 5712 | CIRRHOSIS, ALCOHOLIC, LIVER |
| F60120003401 | 1/5/06 | 1/5/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 1,132.40 | 320.20 | 0.00 | 5712 | CIRRHOSIS, ALCOHOLIC, LIVER |
| F60180163300 | 1/5/06 | 1/5/06 | UA HEALTH SERVICES FDN PC | 879.00 | 382.00 | 0.00 | 5718 | DISEASE CHRN NONALCOHOLIC LIVER NEC |
| F60100037600 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 0.00 | 0.00 | 0.00 | 5739 | DISORDER, LIVER NOS |
| F60100037601 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 331.00 | 113.00 | 25.00 | 5739 | DISORDER, LIVER NOS |
| F60130003300 | 1/6/06 | 1/6/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 258.80 | 73.17 | 0.00 | 5733 | HEPATITIS NOS |
| F60130030300 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 0.00 | 0.00 | 0.00 | 7948 | ABRSLT, FNCTN STUDY, LIVER |
| F60130030301 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 379.00 | 195.00 | 0.00 | 7948 | ABRSLT, FNCTN STUDY, LIVER |
| F60180163400 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 320.00 | 189.00 | 0.00 | 5733 | HEPATITIS NOS |
| F60200035100 | 1/6/06 | 1/6/06 | UA HEALTH SERVICES FDN PC | 297.00 | 90.00 | 0.00 | 5728 | SEQUELAE, OTHER, CHRN LIVER DISEASE |
| F60240003000 | 1/11/06 | 1/16/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 17,887.87 | 11,406.20 | 3,119.55 | 5768 | DISORDER, BILIARY TRACT NEC |
| F60230034200 | 1/12/06 | 1/12/06 | UA HEALTH SERVICES FDN PC | 241.00 | 0.00 | 116.00 | 4293 | CARDIOMEGALY |
| F60250048500 | 1/12/06 | 1/12/06 | UA HEALTH SERVICES FDN | 39.00 | 0.00 | 20.00 | 4293 | CARDIOMEGALY |

# EXHIBIT N

**ID NUMBER:** 90305800200
**NAME:** TONY L CHANNELL

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability | Diag Cd | Diagnosis Code Description |
|---|---|---|---|---|---|---|---|---|
| F60250048600 | 1/12/06 | 1/12/06 | UA HEALTH SERVICES FDN PC | 150.00 | 0.00 | 96.00 | 5849 | RENAL FAILURE, ACUTE NOS |
| F60610037400 | 1/12/06 | 1/14/06 | UA HEALTH SERVICES FDN PC | 470.00 | 151.20 | 37.80 | 5768 | DISORDER, BILIARY TRACT NEC |
| F60610037500 | 1/13/06 | 1/16/06 | UA HEALTH SERVICES FDN PC | 275.00 | 93.60 | 23.40 | 5768 | DISORDER, BILIARY TRACT NEC |
| F60900038000 | 1/13/06 | 1/13/06 | AMERICAN BEHAVIORAL BENEFITS | 1,440.00 | 480.00 | 120.00 | 29653 | BPLR AFCTV DSORD, DPRSD, SEVERE |
| F60610037600 | 1/15/06 | 1/15/06 | UA HEALTH SERVICES FDN PC | 125.00 | 43.20 | 10.80 | 5768 | DISORDER, BILIARY TRACT NEC |
| F60610037300 | 1/25/06 | 1/25/06 | UA HEALTH SERVICES FDN PC | 95.00 | 22.00 | 25.00 | 7948 | ABRSLT, FNCTN STUDY, LIVER |
| F61100002100 | 1/25/06 | 1/25/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 256.20 | 72.46 | 0.00 | 570 | NECROSIS, ACUTE, LIVER |
| F60460002000 | 2/8/06 | 2/8/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 293.60 | 83.03 | 0.00 | 7948 | ABRSLT, FNCTN STUDY, LIVER |
| F60460038300 | 2/8/06 | 2/8/06 | UA HEALTH SERVICES FDN PC | 95.00 | 22.00 | 25.00 | 5712 | CIRRHOSIS, ALCOHOLIC, LIVER |
| F60810003200 | 3/15/06 | 3/15/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 1,105.80 | 312.69 | 0.00 | 5715 | CIRRHOSIS, LIVER NOS |
| F60810047900 | 3/15/06 | 3/15/06 | UA HEALTH SERVICES FDN PC | 95.00 | 22.00 | 25.00 | 57140 | HEPATITIS, CHRONIC NOS |
| F61590034800 | 4/26/06 | 4/26/06 | RADIOLOGY ASSOCIATES OF DOTHAN | 64.00 | 38.00 | 0.00 | 95901 | INJURY NOS, HEAD |
| F61710044900 | 4/26/06 | 4/26/06 | PARAGON CONTRACTING SERVICES IN | 780.00 | 97.60 | 24.40 | 95901 | INJURY NOS, HEAD |
| F62260002300 | 4/26/06 | 4/26/06 | QHG OF ENTERPRISE INC | 1,455.80 | 189.18 | 47.27 | 8730 | WOUND, OPEN, SCALP W/O CMPL |
| F61720044200 | 6/16/06 | 6/16/06 | WILLIAMS ROBERT | 50.00 | 22.00 | 25.00 | 570 | NECROSIS, ACUTE, LIVER |
| F62861673100 | 10/12/06 | 10/12/06 | WILLIAMS | 50.00 | 25.00 | 25.00 | 71949 | PAIN IN JOINT, MULTIPLE SITES |

**ID NUMBER:** 90305800200
**NAME:** TONY L CHANNELL

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability | Diag Cd | Diagnosis Code Description |
|---|---|---|---|---|---|---|---|---|
| | | | ROBERT | | | | | |
| F62920032500 | 10/12/06 | 10/12/06 | VINCENT E MARTIN MD PC | 72.00 | 55.00 | 0.00 | 71942 | PAIN IN JOINT, UPPER ARM |
| F62980002500 | 10/12/06 | 10/12/06 | MIZELL MEMORIAL HOSPITAL INC | 684.75 | 203.40 | 0.00 | 71940 | PAIN IN JOINT, UNSPECIFIED SITE |
| F63250317600 | 11/16/06 | 11/16/06 | WEST FLORIDA MEDICAL CENTER CLI | 245.00 | 161.04 | 25.00 | 71509 | OSTEOARTHROSIS, GNRLZD, MLT SITES |
| F63310369300 | 11/16/06 | 11/16/06 | WEST FLORIDA MEDICAL CENTER CLI | 133.00 | 77.84 | 0.00 | 71509 | OSTEOARTHROSIS, GNRLZD, MLT SITES |
| F63320288600 | 11/16/06 | 11/16/06 | QUEST DIAGNOSTICS INC | 310.30 | 39.03 | 0.00 | 71509 | OSTEOARTHROSIS, GNRLZD, MLT SITES |
| F63380041400 | 11/29/06 | 11/29/06 | UNIVERSITY OF AL HEALTH SVCS FD | 95.00 | 25.00 | 25.00 | 57140 | HEPATITIS, CHRONIC NOS |
| F63410002400 | 11/29/06 | 11/29/06 | UNIVERSITY OF ALABAMA AT BIRMIN | 169.60 | 47.67 | 0.00 | 57140 | HEPATITIS, CHRONIC NOS |
| F63480313300 | 12/8/06 | 12/8/06 | WEST FLORIDA MEDICAL CENTER CLI | 74.00 | 30.79 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| F63520295100 | 12/8/06 | 12/8/06 | WEST FLORIDA MEDICAL CENTER CLI | 1,944.00 | 1,079.96 | 4.78 | 7295 | PAIN IN LIMB |
| F63540043100 | 12/14/06 | 12/14/06 | COVINGTON ORTHOPAEDICS & SPINE | 238.00 | 147.50 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| F70753032700 | 3/14/07 | 3/14/07 | COVINGTON ORTHOPAEDICS & SPINE | 102.00 | 52.00 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| F71773033400 | 6/20/07 | 6/20/07 | COVINGTON ORTHOPAEDICS & SPINE | 51.00 | 26.00 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| F72673104300 | 9/18/07 | 9/18/07 | COVINGTON ORTHOPAEDICS & SPINE | 102.00 | 52.00 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| F73554207400 | 12/17/07 | 12/17/07 | COVINGTON ORTHOPAEDICS & SPINE | 42.00 | 14.00 | 25.00 | 71516 | OSTEOARTHROSIS LCLZD PRM, LOWER LEG |
| **GRAND TOTALS** | | | | **$34,347.72** | **$16,903.33** | **$3,995.00** | | |

**NAME:** TONY L CHANNELL

**GROUP NO:** 111155

**ID NO.:** 90305800200

| Claim Number | Prescription Claim Number | Service Date | Provider Name | Total Charged | Total Paid | Patient Liability | Prescription Name |
|---|---|---|---|---|---|---|---|
| | 060290900498622 | 1/16/06 | RITE AID PHARMACY | 43.99 | 9.94 | 25.00 | GLYCOLAX |
| | 060290934729090 | 1/16/06 | RITE AID PHARMACY | 164.99 | 91.21 | 45.00 | NEXIUM |
| | 060290934729698 | 1/16/06 | RITE AID PHARMACY | 86.99 | 33.62 | 25.00 | CHOLESTYRAMINE |
| | 060290953988452 | 1/16/06 | RITE AID PHARMACY | 63.99 | 0.00 | 45.00 | AMBIEN |
| | 060291000600497 | 1/16/06 | RITE AID PHARMACY | 116.99 | 40.59 | 45.00 | PAXIL CR |
| | 060291012435676 | 1/16/06 | RITE AID PHARMACY | 775.99 | 600.55 | 45.00 | ZOFRAN |
| | 060291043144377 | 1/16/06 | RITE AID PHARMACY | 158.98 | 133.98 | 25.00 | HYDROXYZINE HCL |
| | 060291054082396 | 1/16/06 | RITE AID PHARMACY | 277.98 | 206.25 | 25.00 | URSODIOL |
| | 060690232044839 | 3/6/06 | RITE AID PHARMACY | 116.99 | 40.59 | 45.00 | PAXIL CR |
| | 060890513434444 | 4/5/06 | RITE AID PHARMACY | 116.99 | 40.59 | 45.00 | PAXIL CR |
| | 061091185521690 | 5/10/06 | RITE AID PHARMACY | 116.99 | 44.78 | 45.00 | PAXIL CR |
| | 061390030322230 | 6/10/06 | RITE AID PHARMACY | 122.99 | 44.78 | 45.00 | PAXIL CR |
| | 061590568836531 | 7/13/06 | RITE AID PHARMACY | 122.99 | 44.78 | 45.00 | PAXIL CR |
| | 061790550433137 | 8/10/06 | RITE AID PHARMACY | 122.99 | 44.78 | 45.00 | PAXIL CR |
| | 061991064445034 | 9/12/06 | RITE AID PHARMACY | 122.99 | 44.78 | 45.00 | PAXIL CR |
| | 062290323851584 | 10/17/06 | RITE AID PHARMACY | 0.00 | 0.00 | 0.00 | PAXIL CR |
| | 062490962254303 | 11/20/06 | REAGAN PHARMACY | 172.52 | 32.30 | 25.00 | MELOXICAM |
| | 070191043121800 | 1/2/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 070391307832137 | 2/2/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 070690392404249 | 3/6/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 070890541853503 | 4/5/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 071091219157007 | 5/10/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 071291203051422 | 6/7/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 071590407082046 | 7/11/07 | RITE AID PHARMACY | 129.99 | 47.84 | 45.00 | PAXIL CR |
| | 071791120648223 | 8/15/07 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 072090423834837 | 9/19/07 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 072290928014169 | 10/22/07 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 072491105416814 | 11/21/07 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 080190424940853 | 12/26/07 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 080390647057709 | 1/25/08 | RITE AID PHARMACY | 142.99 | 56.46 | 45.00 | PAXIL CR |
| | 081691247413040 | 7/31/08 | REAGAN PHARMACY | 113.00 | 3.55 | 25.00 | CEFUROXIME |
| | 081691267111190 | 7/31/08 | REAGAN PHARMACY | 16.00 | 0.00 | 16.00 | LOHIST 12D |
| **GRAND TOTALS** | | | | **$4,602.22** | **$2,130.71** | **$1,246.00** | |