# Alford, Clausen & McDonald, LLC

Lawyers

One St. Louis Centre, Suite 5000   Mobile, Alabama 36602   www.AlfordClausen.com   251.432.1600

September 2, 2008

<u>VIA FACSIMILE</u>
W. Roger Smith, III, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
234 Commerce Street
Montgomery, Alabama

      Re:   Tony Channell v. Nutrition Distribution, LLC, et al.

Dear Roger:

      I am writing to request supplementation of the Plaintiff's responses to the Request for Admissions we served earlier this year. Having obtained Mr. Channell's deposition testimony regarding his current medical and employment status, as well as most if not all of his medical records, bills and payment history for the injury he alleges to have sustained as a result of the use of Superdrol, it appears that Mr. Channell's condition is stable. Accordingly, the Plaintiff is in as good a position now as he will be at the time of trial to identify his damages and request an award.

      I would appreciate receiving Plaintiff's supplemental responses within 14 days, or by September 16, 2008. Thank you for your cooperation, and please do not hesitate to contact Andy or me if you would like to discuss this matter further.

Sincerely,

J. Richard Moore

745-6000

cc:   David F. Miceli, Esq. (via facsimile)
       Kathy R. Davis, Esq. (via facsimile)
       S. Anthony Higgins, Esq. (via facsimile)

## EXHIBIT O

Sender's direct dial: 251.415.9389 • E-Mail: jrm@AlfordClausen.com • Fax: 251.432.1700

James H. McDonald Jr. • Helen J. Alford[1,2,3] • Andrew C. Clausen[1,3,4,3] • William R. Lancaster[1,2,3] • Charles J. Potts[1] • James W. Lampkin II[1,5,6]
W. Benjamin Broadwater[5] • Paul V. Lagarde[1,4] • L. Hunter Compton Jr[1] • J. Richard Moore[4,7] • Christopher B. Estes[1]
Juan C. Ortega[1] • J. Bart McNiel[5] • Christina May Bolin[1,8] • Katherine M. McGinley[6] • Benjamin C. Heinz[1]
H. James Koch[1] • E. Larkin Hatchett[1] • D. Brian Murphy[1] • William C. Grayson[1] • Jason B. Nimmer[1]

Also admitted in: [1]Mississippi, [2]Texas, [3]Tennessee, [4]Louisiana, [5]Florida, [6]Georgia, [7]Indiana, [8]New York