```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006576
Cashier ID: christin
Transaction Date: 09/25/2008
Payer Name: ALFORD CLAUSEN AND MCDONALD
----------------------------------------
CIVIL FILING FEE
 For: ALFORD CLAUSEN AND MCDONALD
 Case/Party: D-ALM-2-08-CV-000794-001
 Amount:         $350.00
----------------------------------------
CHECK
 Remitter: ALFORD CLAUSEN AND MCDONALD LL
 Check/Money Order Num: 40288
 Amt Tendered:  $350.00
----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

DALM208CV794-A

CHANNELL V NUTRITION DISTRIBUTION
LLC ET AL
```